IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
| Plaintiff, | § | |
| | § | **B-03-065** |
| vs. | § | Civil Action No. _____ |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
| Defendants. | § | |

## VERIFIED ORIGINAL COMPLAINT

TO THE JUDGE OF THIS COURT:

COMES NOW Sea Garden Sales Co., Inc., Plaintiff (sometimes referred to herein as "Sea Garden"), and asserts its Verified Original Complaint against the Defendants, Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez, *in personam*, as follows:

1.    This is admiralty and maritime claim within the jurisdiction of the United States and this Honorable Court pursuant to Article III, Section 2 of the United States Constitution, 28 U.S.C. § 1333, and Rule 9(h) of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

2.    Plaintiff is a business entity organized and existing under law with an office and place of business in the Texas.

3.    Defendant Pesquera Bera S.A. de C.V., *in personam*, is a business entity

50621:1052131.1:032603

organized and existing under the laws of a state other than the state of Texas. Defendant Pesquera Bera S.A. de C.V., *in personam*, is believed to be a Mexican corporation with an office and place of business at Heriberto Jara #1026, Col. Morelos, Tampico Tamps, Mexico. Defendant Pesquera Bera S.A. de C.V. has an account with Plaintiff and purchased necessaries, including equipment, tackle, apparel and among other things, which have yet to be paid. Defendant Pesquera Bera S.A. de C.V. is jointly and severally responsible for amounts owed to Plaintiff. *See* Exhibit 1, the credit application.

4.      Defendant Carlos Jesus Bello Arellano, *in personam*, is a citizen of a country other than the United States. Defendant Arellano is a officer, director, principal, or shareholder of Pesquera Bera S.A. de C.V. Defendant Arellano has an account with Plaintiff and purchased necessaries, including equipment, tackle, apparel and among other things, which have yet to be paid. Based on the credit application, Defendant Arellano is jointly and severally responsible for amounts owed to Plaintiff. *See* Exhibit 1.

5.      Defendant Juan Jose Ramirez Juarez, *in personam*, is a citizen of a country other than the United States. Defendant Juan Jose Ramirez Juarez is a officer, director, principal, or shareholder of Pesquera Bera S.A. de C.V. Defendant Juan Jose Ramirez Juarez has an account with Plaintiff and purchased necessaries, including equipment, tackle, apparel and among other things,

which have yet to be paid.  Based on the credit application, Defendant Juan Jose Ramirez Juarez is jointly and severally responsible for amounts owed to Plaintiff.  *See* Exhibit 1.

6. Defendant Elva Patricia Ramirez Juarez, *in personam*, is a citizen of a country other than the United States.  Defendant Elva Patricia Ramirez Juarez is wife of Defendant Juan Jose Ramirez Juarez.  Defendant Elva Patricia Ramirez Juarez has an account with Plaintiff and is jointly and severally responsible purchased necessaries, including equipment, tackle, apparel and among other things, which have yet to be paid.  *See* Exhibit 11 and 12.

7. Although *in personam* Defendants have conducted, and are conducting, business within the State of Texas, they have not appointed a registered agent or maintained a resident office for the purpose of service of process.  Further, Defendants cannot be found within the District; therefore, this Court is authorized to issue a Writ of Maritime Attachment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims as to all property and assets of Defendants found within this District, including but not limited to bunkers or other property owned and currently on board the M/V Rebelde I, which is now, or will be during the pendency of this action, within this District at the Port of Brownsville, Texas.

### SUPPLY OF NECESSARIES PROVIDED TO DEFENDANTS

8.      Plaintiff provided necessaries, including equipment, tackle, apparel and among

other things, for the M/V Rebelde, M/V Ana Lorena, M/V Agricultor as set

forth in the attached invoices (*see* Exhibits 2-14) and as requested by *in*

*personam* Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello

Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez.

Vessels M/V Rebelde, M/V Ana Lorena, M/V Agricultor are owned or control

by Defendants.  The Defendants owe Plaintiff the following amounts:

| EXHIBIT | INVOICE | DATE | OPEN BALANCE |
|---------|---------|------|--------------|
| 2 | 824613 | 12/10/01 | $ 2,575.52 |
| 3 | 824734 | 1/04/02 | $130.60 |
| 4 | 1099801 | 1/07/02 | $504.04 |
| 5 | 1101421 | 1/31/02 | $ 999.59 |
| 6 | 1102294 | 2/12/02 | $ 963.00 |
| 7 | 1103865 | 3/05/02 | $ 1,583.36 |
| 8 | 1103939 | 3/06/02 | $ 2,955.91 |
| 9 | 1104954 | 3/20/02 | $ 441.20 |
| 10 | TOTAL | 1/02/03 | $ 7,582.98 |

| 11 | 1103878 | 3/05/02 | $ 2,551.72 |
|----|---------|---------|------------|
| 12 | TOTAL | 1/02/03 | $ 2,551.72 |

| | | | |
|---|---|---|---|
| 13 | 1094046 | 10/10/01 | $ 1, 781.58 |
| **14** | **TOTAL** | **1/02/03** | **$ 1,612.06** |

| | **OVER ALL TOTAL** | **1/2/03** | **$ 11, 746.76** |
|---|---|---|---|

9.  The above invoices were duly submitted to the *in personam* Defendants, but despite amicable demand, were not paid.

10.  As *in personam* Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez cannot be found within this District, Plaintiff seeks *in personam* jurisdiction over Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez for this cause of action by attachment of cash, goods, and chattels of Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez on board the vessel and within the District pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure by Writ of Foreign Attachment.

11.  The above invoices have still not been paid and the amount due pursuant to the outstanding invoices is approximately $11,746.76.

12.  Due demand has been made and disregarded.  All conditions precedent to

filing this action have been performed.

13.     It has been necessary for Plaintiff to retain counsel in order to obtain payment

of their services and reimbursements of their out-of-pocket expenses and

disbursements in connection with the foregoing unpaid account, as a result of

which Plaintiff is entitled to recover reasonable attorney's fees, costs and

disbursements in connection with maintaining this action.

14.     Plaintiff is entitled to recover pre- and post-judgment interests on its damages

awarded herein.

15.     All and singular the above premises are true and correct and within the

admiralty and maritime jurisdiction of this court.

**WHEREFORE**, Plaintiff prays:

16.     That because *in personam* Defendants Pesquera Bera S.A. de C.V., Carlos

Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez

Juarez cannot be found within the District pursuant to Rule B of the

Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal

Rules of Civil Procedure, that an *ex parte* hearing be held and that a Rule B

Writ of Foreign Attachment pursuant to the Supplemental Rules for Certain

Admiralty and Maritime Claims of the Federal Rules of Civil Procedure be

issued attaching all assets and property of the Defendants which can be found

within this District, including but not limited to and her engines, tackle,

apparel, gear, appurtenances or other assets of the *in personam* Defendants on board the M/V Rebelde I, in amount sufficient to satisfy Plaintiff's claims with interest, costs, and attorney's fees;

17.  That a summons issue to the *in personam* Defendants, citing them to appear and answer the matters stated in this Verified Original Complaint;

18.  That the maritime liens of Plaintiff be recognized and enforces with preference and priority over all persons whomsoever;

19.  That the Court enter judgment for Plaintiff and against Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez, *in personam*, in the amount of at least $11,746.76 or such other amount as may be proved, together with interest, costs, and attorney's fees;

20.  That the vessel and chattels aboard be sold to satisfy said judgment; and

21.  That the Court grant all other and further relief to which Plaintiff is entitled.

Respectfully submitted,

By: _____

James H. Hunter, Jr.
Fed. Id.:      15703
TX Bar No.:  00784311
Juan Noe Garza, Jr.
Fed. Id.:      33421
TX Bar No.:  24036624
**ATTORNEYS IN CHARGE FOR PLAINTIFF,**
**SEA GARDENS SALES CO., INC.**

Of COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS**
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone:  (956) 542-4377
Telecopier: (956) 542-4370

## VERIFICATION

THE STATE OF TEXAS          §
                            §
COUNTY OF CAMERON           §

BEFORE ME, the undersigned authority, on this day personally appeared Juan Noe Garza, Jr., who is well known to me and who, after being by me first duly sworn, did depose and say that:

He is an attorney with the firm of ROYSTON, RAZOR, VICKERY & WILLIAMS, attorneys for the Plaintiff, having prepared the above and foregoing Verified Original Complaint. He has read the said Verified Original Complaint and that the allegations therein contained are true and correct to the best of his knowledge, information and belief, and that the source of his information and the basis for his belief is information furnished by Plaintiff and obtained in the course of investigation and handling of this matter. This affidavit is being made by counsel, as a representative of Plaintiff is not available to make same.

He has, after reasonable inquiry including, but not limited to, contacting the office of the Secretary of State of Texas, calling local businesses with similar names, and conferring with the local telephone company, determined that Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez, the *in personam* Defendants identified in the above and foregoing Verified Original Complaint, cannot be found within this District, has no office or place of business in this District or apparently in the State of Texas, and has no agent for the service of process within said state. Based on same, issuance of a Rule B Writ of Foreign Attachment would be proper.

_____
James Hunter, Jr.

SWORN TO and SUBSCRIBED BEFORE ME this _4th_ day of April, 2003.

_____
Notary Public in and for the
State of Texas

My Commission Expires:

_3/13/04_____



Mando Ayala

# SEA GARDEN
## SALES COMPANY, INC.
## INDUSTRIAL AND MARINE SUPPLIES
P.O. Box 3160 • Brownsville, Texas 78523 • Phone (956) 831-4291 • Fax (956) 831-9434

100205
12/15/98

M/V Rebelbe

| CREDIT APPLICATION | BUSINESS OR ORGANIZATION |
|---|---|

M/V Rebelde

| Business Name | PESQUERA BERA S.A. DE C.V. | Type of Business | PESCA |
|---|---|---|---|
| Address | HERIBERTO JARA #1026 Col. Morelos | How Long in Business | CUATRO AÑOS |
| City | TAMPICO | State | TAMAULIPAS | Zip | 89250 | Phone | 12-23-05 | Fax | 12-23-05 |

If Business Type of Ownership ☐ Corporation ☐ Partnership ☐ Limited Partnership ☒ Individual

| BANKS | | ACCT. NO'S. | |
|---|---|---|---|
| 1. | | | Checking ☐ Loan ☐ |
| 2. | | | Checking ☐ Loan ☐ |

## PRINCIPALS IN COMPANY

| Name | Address | Phone |
|---|---|---|
| 1. CARLOS JESÚS BELLO ARELLAN | Durango 105 Ser Col. Unidad | 15-49-95 |
| 2. JUAN JOSÉ RAMIREZ JUAREZ | | 10-05-60 |
| 3. | | |

## PURCHASING POLICY

1. Do you use purchase orders? __No__
2. Who does the buying? __Juan José Ramirez Juárez y Carlos Jesús Bello Arellano__
3. Who pays the bills? __Los mismos__
4. Sales Tax Exemption? ____ Exemption No. ____
5. D&B Rating ____ Credit Limit ____

I acknowledge and agree that interest at the rate of 1 1/2 per cent per month will be charged on all balances remaining unpaid after 30 days from the dates amounts are incurred.

In the event of default and referral to an attorney or collection agency, the above applicant agrees to pay all costs of collection including reasonable attorney's fees. I understand that the above information is given for the purpose of obtaining credit and I certify that, to the best of my knowledge, the above information is complete and accurate as of the date of this application.

| Signature | Title | Date Noviembre-04-'98 |
|---|---|---|

## BANKS

| Credit Approved ☒ | Credit Limit $5,000 |
|---|---|
| Credit Refused ☐ | Reason |

Remarks ____

THE FEDERAL EQUAL OPPORTUNITY ACT PROHIBITS CREDITORS FROM DISCRIMINATING AGAINST CREDIT APPLICANTS ON THE BASIS OF SEX OR MARITAL STATUS. THE FEDERAL AGENCY WHICH ADMINISTERS COMPLIANCE WHICH THIS LAW CONCERNING THIS COMPANY IS THE FEDERAL TRADE COMMISSION, WASHINGTON D.C.



```
BAYSIDE NET & TWINE CO. INC                    Invoice#    824613
P.O. BOX 3160                                  Location#   44
BROWNSVILLE, TX   78523                        Date        12/10/01
956-943-1933                                   Page        1 OF 1
```

```
                    **          Invoice          **

      100205                              Ship To:
      M/V REBELDE                         M/V REBELDE
      PESQUERA BERA S.A.DE C.V.           PESQUERA BERA S.A.DE C.V.
      HERIBERTO JARA #1026                HERIBERTO JARA #1026
      COL. MORELOS                        COL. MORELOS
      TAMPICO TAMPS. 89290,               TAMPICO TAMPS. 89290,
                                                                   M
```

```
======================================================================
Cust P/O:ACA           Reps:ACA /              Terms:NET 30
Ord-Date:12/10/01 Written:BNT Order#:428340    Ship Via:OUR TRUCK
======================================================================
Product/Description           Open   Ship'd   B/O     Price  U/M   Extension
----------------------------------------------------------------------
BFN45C                         4       4        0     584.38  EA    2,337.52
45' 1-7/8" #21 READY-MADE
FLAT NET

*B-GREEN-DIP                   4       4        0      59.50  EA      238.00
DIPPING CHARGE          ALT-B-GREEN-DIP
NETS
```

```
======================================================================
Mdse Total Handling Misc Chg     Tax  Freight  Dep-amt Dep-Appld  Invoice Total
----------------------------------------------------------------------
 2,575.52     0.00     0.00     0.00    0.00     0.00      0.00      2,575.52
----------------------------------------------------------------------
```

# SEA GARDEN SALES CO., INC.

**www.seagarden.com**

```
BAYSIDE NET & TWINE CO. INC.          Invoice#    B24613
P.O. BOX 3160                         Location#   44
BROWNSVILLE, TX  78523                Date        12/10/01
956-943-1903                          Page        1 OF 1
```

                    **        Invoice        **

```
100205                                Ship To:
M/V REBELDE                           M/V REBELDE
PESQUERA BERA S.A.DE C.V.             PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026                  HERIBERTO JARA #1026
COL. MORELOS                          COL. MORELOS
TAMPICO TAMPS. 89290,                 TAMPICO TAMPS. 89290,
                                                              M
```

Cust P/O:ACA                                          Terms:NET 30
Ord-Date:12/10/01 Written:                      Ship Via:OUR TRUCK

| Product/Description | Open | Ship | Price | U/M | Extension |
|---|---|---|---|---|---|
| BFN450 | | | 584.38 | EA | 2,337.52 |
| 45' 1-7/8" #21 READY-MADE | | | | | |
| FLAT NET | | | | | |
| *B-GREEN-DIP | | | 59.50 | | 238.00 |
| DIPPING CHARGE  BLT-B-GREEN-DIP | | | | | |
| NETS | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|



# SEA GARDEN SALES CO., INC.
**www.seagarden.com**

BAYSIDE NET & TWINE CO. INC
P.O. BOX 3160
BROWNSVILLE, TX  78523
956-943-1933

| | |
|---|---|
| Invoice# | 824734 |
| Location# | 44 |
| Date | 01/04/02 |
| Page | 1 OF 1 |

```
**       Invoice      **
**       Reprint      **
```

| | |
|---|---|
| 100205 | Ship To: |
| M/V REBELDE | M/V REBELDE |
| PESQUERA BERA S.A.DE C.V. | PESQUERA BERA S.A.DE C.V. |
| HERIBERTO JARA #1026 | HERIBERTO JARA #1026 |
| COL. MORELOS | COL. MORELOS |
| TAMPICO TAMPS. 89290, | TAMPICO TAMPS. 89290, |

M

===================================================================

Cust P/O:ACA                Reps:ACA /              Terms:NET 30
Ord-Date:01/04/02 Written:BNT Order#:428471    Ship Via:OUR TRUCK

===================================================================

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| BKN420188 | 20 | 20 | 0 | 5.23 | LB | 104.60 |
| 1-7/8" #18 (420) 600 x 1200 | | | | | | |
| WHITE KNOTLESS NETTING | | | | | | |
| *B-GREEN-DIP | 20 | 20 | | 1.30 | LB | 26.00 |
| DIPPING CHARGE | ALT-B-GREEN-DIP | | | | | |
| NETTING | | | | | | |

===================================================================

| Mdse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 130.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 130.60 |

*Luis A. Paui*



```
SEA GARDEN SALES - BROWNSVILLE            Invoice#    1099801
P.O. BOX 3160                             Location#   01
2675 ANGLERS PLACE ROAD                   Date        01/07/02
BROWNSVILLE, TX  78523                    Page        1 OF 1
956-831-4291
```

**                 Invoice          **

```
    100205                            Ship To:
    M/V REBELDE                       M/V ANA LORENA
    PESQUERA BERA S.A.DE C.V.         VALLEY ICE
    HERIBERTO JARA #1026              SHRIMP BASIN,
    COL. MORELOS
    TAMPICO TAMPS. 89290,
```
                                                                    M

```
=================================================================================
Cust P/O:M/V ANA LORENA      Reps:ACA /            Terms:NET 30
Ord-Date:01/04/02 Written:ACA Order#:6035038   Ship Via:OUR TRUCK
=================================================================================
```

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| BEG36<br>#36 EVER GRIP GREEN NYLON<br>TWINE   1 LB. TUBE | 6 | 6 | 0 | 5.63 | LB | 33.78 |
| BEG21<br>#21 EVER GRIP GREEN NYLON<br>TWINE 1 LB. TUBE | 4 | 4 | 0 | 6.00 | LB | 24.00 |
| GSAS050<br>1/2" GALV. CROSBY ANCHOR<br>SHACKLE - LOAD RATED   ( RED ) | 10 | 10 | 0 | 4.45 | EA | 44.50 |
| GSAS075<br>3/4" GALV. CROSBY ANCHOR<br>SHACKLE - LOAD RATED   ( RED ) | 2 | 2 | 0 | 12.10 | EA | 24.20 |
| 2000<br>PVC INSULATED GLOVE ORANGE<br>FLUORESCENT W/ KNIT WRIST | 1 | 1 | 0 | 3.16 | PR | 3.16 |
| 7040SD-OR-L<br>ORANGE 3 PC. RAIN SUIT<br>SIZE LARGE | 1 | 1 | 0 | 9.00 | EA | 9.00 |
| IB50240<br>1/2" x 240' 6x7   KOREAN<br>GALV. SPLICED BRIDLE | 3<br>ALT-1/2X240IB | 3 | 0 | 121.80 | EA | 365.40 |

```
=================================================================================
Mdse Total Delivery Misc Chg    Tax  Freight  Dep-amt Dep-Appld  Invoice Total
---------------------------------------------------------------------------------
    504.04      0.00     0.00   0.00    0.00     0.00     0.00       504.04
---------------------------------------------------------------------------------
```

# SEA GARDEN SALES CO., INC.

SEA GARDEN SALES - BROWNSVILLE    www.seagarden.com    M/V ANA LORENA
P.O. BOX 3166                                              VALLEY ICE
2675 ANGLERS PLACE ROAD                                    SHRIMP BASIN.
BROWNSVILLE, TX 78523
956-831-4291

**          Picking Ticket          **

```
100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.                 Order#    : 6035038-1
HERIBERTO JARA #1026                      Location  : 01
COL. MORELOS                              Date      : 01/04/02
TAMPICO TAMPS. 89290,                     Page      : 1 OF 1
                                          Time      : 11:12AM
                                                                    M
```

```
                                    Total Wt:310.00
Ord-Date:01/04/02 CustP/O:M/V ANA LORENA    Ship-Via:OUR TRUCK
Req-Date:01/04/02 Contact:CARLOS JESUS BELLO  Terms:NET 30
Shp-Date:_____ Written:ACA                Reps:ACA /
Frt-Terms:PREPAID              Filled By: LU  Shipped By: RG, Driver: ____
```

| Product/Description | Qty-Opn | U/M | Qty-Pck | Qty-Shp | Qty-B/O | Price/Ext |
|---|---|---|---|---|---|---|
| BEG36 | | | | 6 | 0 | 5.63 |
| #36 EVER GRIP GREEN NYLON | | | | | | 33.78 |
| TWINE   1 LB. TUBE | | | | | | |
| BEG21 | | 4 LB | | | | 6.00 |
| #21 EVER GRIP GREEN NYLON | | | | | | 24.00 |
| TWINE 1 LB. TUBE | | | | | | |
| GSAS050 | 10 EA | | | 2 | | 4.45 |
| 1/2" GALV. CROSBY ANCHOR | | | | | | 44.50 |
| SHACKLE - LOAD RATED ( RED ) | | | | | | |
| GSAS075 | | | | 2 | | 12.10 |
| 3/4" GALV. CROSBY ANCHOR | | | | | | 24.20 |
| SHACKLE - LOAD RATED ( RED ) | | | | | | |
| 2000 | | | | | 0 | 3.16 |
| PVC INSULATED GLOVE ORANGE | | | | | | 3.16 |
| FLUORESCENT W/ KNIT WRIST | | | | | | |
| 7040SD-OR-L | 1 EA | | 1 | | 0 | 9.00 |
| ORANGE 3 PC. RAIN SUIT | | | | | | 9.00 |
| SIZE LARGE | | | | | | |
| IB50240 | 3 EA | | 3 | 3 | 0 | 121.80 |
| 1/2" x 240' 6x7  KOREAN | | | | | | 365.40 |
| GALV. SPLICED BRIDLE | | | | | | |

Luis Alonso Parti T

2 bxs,
3 bridles

CUSTOMER SIGNATURE:



```
SEA GARDEN SALES - BROWNSVILLE                    Invoice#   1101421
P.O. BOX 3160                                     Location#  01
2675 ANGLERS PLACE ROAD                           Date       01/31/02
BROWNSVILLE, TX  78523                            Page       1 OF 2
956-831-4291
```

**              Invoice         **

```
        100205                          Ship To:
        M/V REBELDE                     Customer Pick-Up
        PESQUERA BERA S.A.DE C.V.        WILL CALL S.G.S. DOCK
        HERIBERTO JARA #1026            THURSDAY MORNING  01/31/01,
        COL. MORELOS
        TAMPICO TAMPS. 89290,
                                                                    M
```

| Cust P/O:MANDO | | Reps:ACA / | | | Terms:NET 30 | | |
| Ord-Date:01/30/02 Written:JOM Order#:6036806 | | | | | Ship Via:Pick Up | | |

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| BEG21 | 2 | 2 | 0 | 6.00 | LB | 12.00 |
| #21 EVER GRIP GREEN NYLON | | | | | | |
| TWINE 1 LB. TUBE | | | | | | |
| BEG36 | 2 | 2 | 0 | 5.63 | LB | 11.26 |
| #36 EVER GRIP GREEN NYLON | | | | | | |
| TWINE   1 LB. TUBE | | | | | | |
| 34V050 | 12 | 12 | 0 | 1.69 | EA | 20.28 |
| 50 WATT INSIDE FROST LIGHT    ALT-50A | | | | | | |
| BULB  (34 VOLT) | | | | | | |
| 5L600 | 2 | 2 | 0 | 8.11 | EA | 16.22 |
|  DAYCO V-BELT | | | | | | |
| 5/8" X 11/32"    60" LONG OD | | | | | | |
| F454-06 | 9 | 9 | 0 | 98.78 | EA | 889.02 |
| 6" 5-TON CROSBY GALV. TRYNET | | | | | | |
| BLOCK (NEEDLE BRG)W/SWIVEL EYE | | | | | | |
| 5L360 | 2 | 0 | 0 | 5.32 | EA | 0.00 |
|  DAYCO V-BELT | | | | | | |
| 5/8" X 11/32"    36" LONG OD | | | | | | |
| F70085 | 2 | 2 | 0 | 6.65 | EA | 13.30 |
| FUEL FILTER FOR 3408, 3412 | | | | | | |
| (CAT P/N 4N5823 BALDWIN BF584) | | | | | | |
| 106G | 1 | 1 | 0 | 22.47 | EA | 22.47 |

                                                    Continued

```
SEA GARDEN SALES - BROWNSVILLE              Invoice#   1101421
P.O. BOX 3160                               Location#  01
2675 ANGLERS PLACE ROAD                     Date       01/31/02
BROWNSVILLE, TX  78523                      Page       2 OF 2
956-831-4291
```

```
                    **        Invoice        **

        100205                      Ship To:
        M/V REBELDE                 Customer Pick-Up
        PESQUERA BERA S.A.DE C.V.   WILL CALL S.G.S. DOCK
        HERIBERTO JARA #1026        THURSDAY MORNING  01/31/01,
        COL. MORELOS
        TAMPICO TAMPS. 89290,
                                                                     M
================================================================================
Cust P/O:MANDO              Reps:ACA /           Terms:NET 30
Ord-Date:01/30/02 Written:JOM Order#:6036806     Ship Via:Pick Up
================================================================================
Product/Description      Open    Ship'd    B/O      Price  U/M   Extension
--------------------------------------------------------------------------------
GREEN MASTLIGHT GLOBES

5L540                      2        2        0       7.52  EA        15.04
   DAYCO V-BELT
5/8" X 11/32"    54" LONG OD
```

```
================================================================================
Mdse Total Delivery Misc Chg    Tax  Freight  Dep-amt Dep-Appld  Invoice Total
--------------------------------------------------------------------------------
   999.59     0.00     0.00     0.00    0.00     0.00     0.00        999.59
--------------------------------------------------------------------------------
```

# SEA GARDEN SALES CO., INC.

```
SEA GARDEN SALES - BROWNSVILLE   www.seagarden.com  Customer Pick-Up
P.O. BOX 3160                                        WILL CALL S.G.S. DOCK
2675 ANGLERS PLACE ROAD                              THURSDAY MORNING  01/31/01
BROWNSVILLE, TX  78523
956-831-4291
```

```
              **   Picking Ticket   **
```

```
   100205
   M/V REBELDE
   PESQUERA BERA S.A.DE C.V.            Order#    : 6036806-1
   HERIBERTO JARA #1026                 Location  : 01
   COL. MORELOS                         Date      : 01/30/02
   TAMPICO TAMPS. 89290,                Page      : 1 OF 1
                                        Time      : 04:31PM
                                                              M
```

```
                                    Total Wt:206.50
Ord-Date:01/30/02 CustP/O:MANDO     Ship-Via:Pick Up
Req-Date:01/30/02 Contact:CARLOS JESUS BELLO   Terms:NET 30
Shp-Date:_____  Written:JOM               Reps:ACA /
Frt-Terms:PREPAID                   Filled By: R.I  Shipped By: RG  Driver:____
```

| Product/Description | Qty-Opn | U/M | Qty-Pck | Qty-Shp | Qty-B/O | Price/Ext |
|---|---|---|---|---|---|---|
| BEG21<br>#21 EVER GRIP GREEN NYLON<br>TWINE 1 LB. TUBE | 2 | | | 2 | 0 | 6.00<br>12.00 |
| BEG36<br>#36 EVER GRIP GREEN NYLON<br>TWINE  1 LB. TUBE | 2 LB | | | | 0 | 5.63<br>11.26 |
| 34V050<br>50 WATT INSIDE FROST LIGHT<br>BULB  (34 VOLT) | 12 EA | | | | | 1.69<br>20.28 |
| 5L600<br> DAYCO V-BELT<br>5/8" X 11/32"   60" LONG OD | | | | | | 8.11<br>16.22 |
| F454-06<br>6" 5-TON CROSBY GALV. TRYNET<br>BLOCK (NEEDLE BRG)W/SWIVEL EYE | | | | | 0 | 98.78<br>889.02 |

INDUSTRIAL SINCE 1952 SEA GARDEN MARINE

CUSTOMER SIGNATURE:

# SEA GARDEN SALES CO., INC.

SEA GARDEN SALES - BROWNSVILLE    **www.seagarden.com** Customer Pick-Up
P.O. BOX 3160                                             WILL CALL S.G.S. DOCK
2675 ANGLERS PLACE ROAD                                   THURSDAY MORNING  01/31/01,
BROWNSVILLE, TX  78523
956-831-4291

                          **       Picking Ticket      **

100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.                    Order#    : 6036806-2
HERIBERTO JARA #1026                         Location  : 01
COL. MORELOS                                 Date      : 01/31/02
TAMPICO TAMPS. 89290,                        Page      : 1 OF 1
                                             Time      : 08:51AM
                                                                        M

                                    Total Wt:0.00
Ord-Date:01/30/02 CustP/O:MANDO     Ship-Via:Pick Up
Req-Date:01/30/02 Contact:CARLOS JESUS BELLO   Terms:NET 30
Shp-Date:_____ Written:JOM           Reps:ACA /
Frt-Terms:PREPAID              Filled By:____ Shipped By:____ Driver:___
=================================================================
Product/Description        Qty-Opn U/M Qty-Pck Qty-Shp Qty-B/O   Price/Ext
-----------------------------------------------------------------
5L360                                                             5.32
  DAYCO V-BELT                                                   10.64
5/8" X 11/32"   36" LONG
-----------------------------------------------------------------
F70085                              2 EA                          6.65
  FUEL FILTER FOR 3408, 3412                                     13.30
  (CAT P/N 4N5823 BALDWIN BF588
-----------------------------------------------------------------
106G                                                            22.47
  GREEN MASTLIGHT GLOBE                                         22.47



                                                            _____
=================================================================
                                    CUSTOMER SIGNATURE:

# SEA GARDEN SALES CO., INC.

SEA GARDEN SALES - BROWNSVILLE   **www.seagarden.com**   Customer Pick-Up
P.O. BOX 3160                                              WILL CALL S.G.S. DOCK
2675 ANGLERS PLACE ROAD                                    THURSDAY MORNING  01/31/01,
BROWNSVILLE, TX  78523
956-831-4291

```
                 **   Picking Ticket    **
```

100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.                     Order#    : 6036806-3
HERIBERTO JARA #1026                          Location  : 01
COL. MORELOS                                  Date      : 01/31/02
TAMPICO TAMPS. 89290,                         Page      : 1 OF 1
                                              Time      : 09:22AM
                                                                        M
                                    Total Wt:0.00
Ord-Date:01/30/02 CustP/O:MANDO     Ship-Via:Pick Up
Req-Date:01/30/02 Contact:CARLOS JESUS BELLO   Terms:NET 30
Shp-Date:_____ Written:JOM              Reps:ACA /
Frt-Terms:PREPAID              Filled By:____ Shipped By:____  Driver:___
==============================================================================
Product/Description          Qty-Opn U/M Qty-Pck Qty-Shp Qty-B/O   Price/Ext
==============================================================================
5L540                              2         2      2        0        7.52
 DAYCO V-BELT                                                        15.04
5/8" X 11/32"    54" LONG
```

CUSTOMER SIGNATURE:



```
SEA GARDEN SALES - BROWNSVILLE                    Invoice#   1102294
P.O. BOX 3160                                     Location#  01
2675 ANGLERS PLACE ROAD                           Date       02/12/02
BROWNSVILLE, TX  78523                            Page       1 OF 1
956-831-4291
```

```
              **      Invoice      **
```

```
       100205                          Ship To:
       M/V REBELDE                     FOR M/V AGRICULTOR
       PESQUERA BERA S.A.DE C.V.       PUT ON M/V TAURO
       HERIBERTO JARA #1026            AT VALLEY ICE
       COL. MORELOS                    SHRIMP BASIN,
       TAMPICO TAMPS. 89290,
                                                                    M
===============================================================================
Cust P/O:M/V AGRICULTOR       Reps:ACA /          Terms:NET 30
Ord-Date:02/11/02 Written:ACA Order#:6037475  Ship Via:OUR TRUCK
===============================================================================
Product/Description           Open   Ship'd   B/O     Price  U/M   Extension
-------------------------------------------------------------------------------
WNR1500900                     900     900      0      1.07   FT      963.00
1-1/2" X 900' WHITE NYLON ROPE
(REEL ONLY / NO CUT)
```

```
===============================================================================
Mdse Total Delivery Misc Chg      Tax  Freight  Dep-amt Dep-Appld  Invoice Total
-------------------------------------------------------------------------------
   963.00     0.00     0.00      0.00     0.00     0.00     0.00         963.00
-------------------------------------------------------------------------------
```

# SEA GARDEN SALES CO., INC.
### www.seagarden.com



```
SEA GARDEN SALES - BROWNSVILLE          FOR M/V AGRICULTOR
P.O. BOX 3160                           PUT ON M/V TAURO
2675 ANGLERS PLACE ROAD                 AT VALLEY ICE
BROWNSVILLE, TX  78523                  SHRIMP BASIN,
956-831-4291
```

```
            **  Picking Ticket  **
```

```
    100205
    M/V REBELDE
    PESQUERA BERA S.A.DE C.V.               Order#   : 6037475-1
    HERIBERTO JARA #1026                    Location : 01
    COL. MORELOS                            Date     : 02/11/02
    TAMPICO TAMPS. 89290,                   Page     : 1 OF 1
                                            Time     : 02:19PM
                                                              M
```

```
                                    Total Wt:495.00
Ord-Date:02/11/02 CustP/O:M/V AGRICULTOR   Ship-Via:OUR TRUCK
Req-Date:02/11/02 Contact:CARLOS JESUS BELLO  Terms:NET 30
Shp-Date:_____ Written:ACA              Reps:ACA /
Frt-Terms:PREPAID          Filled By: RG ,Shipped By: RG ,Driver:___
```

| Product/Description | Qty-Ordr | U/M | Qty-Pck | Qty-Shp | Qty-B/O | Price/Ext |
|---|---|---|---|---|---|---|
| WNRT500900 | | | | 900 | 0 | 1.07 |
| 1-1/2" X 900' WHITE NYLON ROP | | | | | | 963.00 |
| (REEL ONLY / NO CUT) | | | | | | |

CUSTOMER SIGNATURE:



```
SEA GARDEN SALES - BROWNSVILLE                Invoice#    1103865
P.O. BOX 3160                                 Location#   01
2675 ANGLERS PLACE ROAD                       Date        03/05/02
BROWNSVILLE, TX  78523                        Page        1 OF 1
956-831-4291
```

```
                   **        Invoice        **
```

```
     100205                          Ship To:
     M/V REBELDE                     M/V REBELDE
     PESQUERA BERA S.A.DE C.V.       PESQUERA BERA S.A.DE C.V.
     HERIBERTO JARA #1026            HERIBERTO JARA #1026
     COL. MORELOS                    COL. MORELOS
     TAMPICO TAMPS. 89290,          TAMPICO TAMPS. 89290,
                                                             M
```

```
=================================================================
Cust P/O:JOM          Reps:ACA /          Terms:NET 30
Ord-Date:03/05/02 Written:BNT Order#:6039017   Ship Via:OUR TRUCK
```

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| BFN45C<br>45' 1-7/8" #21 READY-MADE<br>FLAT NET | 2 | 2 | 0 | 584.38 | EA | 1,168.76 |
| BBAG36175C<br>NYTEX "N" 1-3/4" #36 120 X 120<br>BAG W/ RINGS | 2 | 2 | 0 | 90.24 | EA | 180.48 |
| BPECGK10<br>10 FT. 1/4" X 7" MESH KNOTTED<br>POLY CHAFFING GEAR | 2 | 2 | 0 | 50.47 | EA | 100.94 |
| *B-GREEN-DIP<br>DIPPING CHARGE    ALT-B-GREEN-DIP<br>NETS AND BAGS | 2 | 2 | 0 | 66.59 | EA | 133.18 |

| Mdse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,583.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,583.36 |

# SEA GARDEN SALES CO., INC.
### www.seagarden.com

```
SEA GARDEN SALES - BROWNSVILLE          Invoice#   1103865
P.O. BOX 3160                           Location#  01
2675 ANGLERS PLACE ROAD                 Date       03/05/02
BROWNSVILLE, TX   78523                 Page       1 OF 1
956-831-4291
```

**               Invoice        **

```
100205                          Ship To:
M/V REBELDE                     M/V REBELDE
PESQUERA BERA S.A.DE C.V.        PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026            HERIBERTO JARA #1026
COL. MORELOS                    COL. MORELOS
TAMPICO TAMPS. 89290,           TAMPICO TAMPS. 89290,
```
M

```
Cust P/O:JOM              Reps:ACA /          Terms:NET 30
Ord-Date:03/05/02 Written:BNT Order#:6039017  Ship Via:OUR TRUCK
```

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| BFN45C<br>45' 1-7/8" #21 READY-MADE<br>FLAT NET | 2 | 2 | 0 | 584.38 | EA | 1,168.76 |
| BBAG36175C<br>NYTEX "N" 1-3/4" #36 120 X<br>BAG W/ RINGS | | | | 90.24 | EA | 180.48 |
| BPECGK10<br>10 FT. 1/4" X<br>POLY CHAFFING G | | | 0 | 50.47 | EA | 100.94 |
| *B-GREEN-DIP<br>DIPPING CHARGE<br>NETS AND BAGS | | | 0 | 66.59 | EA | 133.18 |

| Mdse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,583.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,583.36 |

# SEA GARDEN SALES CO., INC.

**www.seagarden.com**

SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX  78523
956-831-4291

M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

```
               **   Picking Ticket   **
```

100205
M/V REBELDE
PESQUERA BERA S.A DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

| | |
|---|---|
| Order# | : 6039017-1 |
| Location | : O1 |
| Date | : 03/05/02 |
| Page | : 1 OF 1 |
| Time | : 01:24PM |

```
                                Total Wt:22.50
Ord-Date:03/05/02 CustP/O:JOM     Ship-Via:OUR TRUCK
Req-Date:03/05/02 Contact:CARLOS JESUS BELLO   Terms:NET 30
Shp-Date:          Written:BNT              Reps:ACA /
Frt-Terms:PREPAID              Filled By:____ Shipped By:____ Driver:____
```

| Product/Description | Qty-Opn UZM Qty-Pck Qty-Shp Qty-B/O | Price/Ext |
|---|---|---|
| BFN45C<br>45' 1-7/8" #21 READY-MADE<br>FLAT NET | 0 | 584.38<br>1168.76 |
| BBAG36175C<br>NYTEX "N" 1-3/4" #36 120 X 100<br>BAG W/ RINGS | 2 0 | 90.24<br>180.48 |
| BPECGK10<br>10 FT. 1/4" X 7" MESH KNOTTED<br>POLY CHAFFING GEAR | 2 EA | 50.47<br>100.94 |
| *B-GREEN-DIP<br>DIPPING CHARGE<br>NETS AND BAGS | 2 EA | 66.59<br>133.18 |

CUSTOMER SIGNATURE:



```
SEA GARDEN SALES - BROWNSVILLE                Invoice#    1103939
P.O. BOX 3160                                 Location#   01
2675 ANGLERS PLACE ROAD                       Date        03/06/02
BROWNSVILLE, TX  78523                        Page        1 OF 1
956-831-4291
```

```
                    **      Invoice      **
```

```
        100205                          Ship To:
        M/V REBELDE                     M/V REBELDE
        PESQUERA BERA S.A.DE C.V.       BOAT AT VALLEY ICE DOCK
        HERIBERTO JARA #1026            DEL. THIS P.M.
        COL. MORELOS                    SHRIMP BASIN
        TAMPICO TAMPS. 89290,           TAMPICO TAMPS. 89290,
                                                              M
```

```
==============================================================================
Cust P/O:MANDO            Reps:ACA /          Terms:NET 30
Ord-Date:03/05/02 Written:JOM Order#:6039011  Ship Via:OUR TRUCK
==============================================================================
```

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| 283-S-5802-05<br>5 GAL. PAIL DEVOE ABC #3<br>BLUE ANTI-FOULING PAINT | 4 | 4 | 0 | 222.75 | EA | 891.00 |
| G-12<br>GA-12 HI-AMP ZINC WELDON ANODE<br>[3"Wx12"Lx1-1/4"H]   11# | 120 | 120 | 0 | 11.18 | EA | 1,341.60 |
| GNNBAG<br>1-3/4" #36 120 MESH X 120 MESH<br>GREEN DIPPED NYTEX N BAG | 7 | 7 | 0 | 103.33 | EA | 723.31 |

```
==============================================================================
Mdse Total Delivery Misc Chg    Tax  Freight  Dep-amt Dep-Appld  Invoice Total
------------------------------------------------------------------------------
  2,955.91      0.00      0.00   0.00    0.00     0.00      0.00       2,955.91
------------------------------------------------------------------------------
```

# SEA GARDEN SALES CO., INC.

www.seagarden.com

Case 03-30085    Document 1    Filed in TXSB on 04/04/2003    Page 36 of 51

```
SEA GARDEN SALES - BROWNSVILLE          M/V REBELDE
P.O. BOX 3160                           BOAT AT VALLEY ICE DOCK
2675 ANGLERS PLACE ROAD                 DEL. THIS P.M.
BROWNSVILLE, TX  78523                  SHRIMP BASIN
956-831-4291                            TAMPICO TAMPS. 89290,
```

## ** Picking Ticket **

```
100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026                    Order#    : 6039011-1
COL. MORELOS                            Location  : O1
TAMPICO TAMPS. 89290,                   Date      : 03/05/02
                                        Page      : 1 OF 1
                                        Time      : 12:05PM
                                                              M
```

```
                                        Total Wt:1,722.00
Ord-Date:03/05/02 CustP/O:MANDO         Ship-Via:OUR TRUCK
Req-Date:03/05/02 Contact:CARLOS JESUS BELLO   Terms:NET 30
Shp-Date:_____ Written:JOM           Reps:ACA /
Frt-Terms:PREPAID        Written:JOM    Filled By:___ Shipped By: RG  Driver:___
```

| Product/Description | Qty-Opn U/M Qty-Pck Qty-Shp Qty-B/O | Price/Ext |
|---|---|---|
| 283-S-5802-05 | 4      0 | 222.75 |
| 5 GAL. PAIL DEVOE ABC #3 | | 891.00 |
| BLUE ANTI-FOULING PAINT | | |
| G-12 | 120      0 | 11.18 |
| GA-12 HI-AMP ZINC WELD-ON ANODE | | 1341.60 |
| [3"Wx12"Lx1-1/4 | | |
| GNNBAG | EA      2 | 103.33 |
| 1-3/4" #36 120 ME X 120 MSH | | 723.31 |
| GREEN DIPPED NYT N BAG | | |

2 bxs,

4 --- 5 gal pail ABC#3 bLue

120 ANoDe

CUSTOMER SIGNATURE:



```
SEA GARDEN SALES - BROWNSVILLE               Invoice#    1104954
P.O. BOX 3160                                Location#   01
2675 ANGLERS PLACE ROAD                      Date        03/20/02
BROWNSVILLE, TX  78523                       Page        1 OF 1
956-831-4291
```

**                Invoice          **

```
     100205                              Ship To:
     M/V REBELDE                         M/V REBELDE I
     PESQUERA BERA S.A.DE C.V.           VALLEY ICE
     HERIBERTO JARA #1026                SHRIMP BASIN,
     COL. MORELOS
     TAMPICO TAMPS. 89290,
                                                                    M
```

```
===============================================================================
Cust P/O:M/V REBELDE I      Reps:ACA /          Terms:NET 30
Ord-Date:03/19/02 Written:ACA Order#:6040081    Ship Via:OUR TRUCK
===============================================================================
```

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| 13/49GAS<br>1 3/4" 9 GA. GALV. FENCE<br>STAPLES, BARBED (50# CTN) | 2 | 2 | 0 | 0.88 | LB | 1.76 |
| SSDP<br>7/16" X 8" STAINLESS STEEL<br>DOOR PIN | 8 | 8 | 0 | 1.50 | EA | 12.00 |
| SBFG<br>SODIUM BISULPHITE<br>SHRIMP DIP   (50#/PAIL) | 2 | 2 | 0 | 22.00 | EA | 44.00 |
| BEG18<br>#18 EVER GRIP GREEN NYLON<br>TWINE 1 LB. TUBE | 24 | 24 | 0 | 5.97 | LB | 143.28 |
| BEG36<br>#36 EVER GRIP GREEN NYLON<br>TWINE   1 LB. TUBE | 12 | 12 | 0 | 5.63 | LB | 67.56 |
| GPCC038<br>3/8" DOMESTIC GALV. PROOF COIL<br>CHAIN   (400'/BARREL) | 50 | 50 | 0 | 1.82 | FT | 91.00 |
| WNR1000600<br>1" X 600' WHITE NYLON ROPE | 120 | 120 | 0 | 0.68 | FT | 81.60 |

```
===============================================================================
Mdse Total Delivery Misc Chg     Tax  Freight  Dep-amt Dep-Appld  Invoice Total
===============================================================================
    441.20      0.00     0.00    0.00    0.00     0.00      0.00         441.20
-------------------------------------------------------------------------------
```

# SEA GARDEN SALES CO., INC.

www.seagarden.com

SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX 78523
956-831-4291

M/V REBELDE I
VALLEY ICE
SHRIMP BASIN,

** Picking Ticket **

100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

| | |
|---|---|
| Order# | : 6040081-1 |
| Location | : 01 |
| Date | : 03/19/02 |
| Page | : 1 OF 1 |
| Time | : 12:54PM |

M

Total Wt:242.68,

Ord-Date:03/19/02 CustP/O:M/V REBELDE I      Ship-Via:OUR TRUCK
Req-Date:03/19/02 Contact:CARLOS JESUS BELLO   Terms:NET 30
Shp-Date:          Written:ACA                 Reps:ACA /
Frt-Terms:PREPAID           Filled By: ____ Shipped By: ____ Driver: ____

| Product/Description | Qty- Opn | UOM | Qty-Pck | Qty-Shp | Qty-B/O | Price/Ext |
|---|---|---|---|---|---|---|
| 13/49GAS<br>1 3/4" 9 GA. GALV. FENCE<br>STAPLES, BARBED (50# CTN) | | | | | 0 | 0.88<br>1.76 |
| SSDP<br>7/16" X 8" STAINLESS STEEL<br>DOOR PIN | 8 EA | | 8 | | 0 | 1.50<br>12.00 |
| SBFG<br>SODIUM BISULPHITE<br>SHRIMP DIP   (50 GAL) | | | | | | 22.00<br>44.00 |
| BEG18<br>#18 EVER GRIP GREEN NYLON<br>TWINE 1 LB. TUBE | | | | | BIN:*** | 5.97<br>143.28 |
| BEG36<br>#36 EVER GRIP GREEN NYLON<br>TWINE  1 LB. TUBE | | | | | BIN:*** | 5.63<br>67.56 |
| BPCC038<br>3/8" DOMESTIC GALV. PROOF COIL<br>CHAIN  (400'/BARREL) | 50 FT | | 50 (50) | | 0<br>BIN:ACCO | 1.82<br>91.00 |
| WNR1000600<br>1" X 600' WHITE NYLON ROPE | 120 FT | | 120 (120) | | 0 | 0.68<br>81.60 |

4 bxs.
   50 ft.chain
120 ft. rope

CUSTOMER SIGNATURE:



```
SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX   78523            ** Statement **
```

```
         M/V REBELDE                          ACCT#: 100205
         PESQUERA BERA S.A.DE C.V.            DATE : 01/02/03
         HERIBERTO JARA #1026                 PAGE : 1
         COL. MORELOS
         TAMPICO TAMPS. 89290
```

---

Please attach a complete explanation to your check
or your payment will be credited to the oldest invoices.

---

| INVOICE# | INVOICE DATE | DUE DATE | PURCHASE ORDER# | BALANCE |
|---|---|---|---|---|
| 824613 | 12/10/01 | 01/09/02 | ACA | 5.28 |
| 824734 | 01/04/02 | 02/03/02 | ACA | 130.60 |
| 1099801 | 01/07/02 | 02/06/02 | M/V ANA LORENA | 504.04 |
| 1101421 | 01/31/02 | 03/02/02 | MANDO | 999.59 |
| 1102294 | 02/12/02 | 03/14/02 | M/V AGRICULTOR | 963.00 |
| 1103865 | 03/05/02 | 04/04/02 | JOM | 1,583.36 |
| 1103939 | 03/06/02 | 04/05/02 | MANDO | 2,955.91 |
| 1104954 | 03/20/02 | 04/19/02 | M/V REBELDE I | 441.20 |

| FUTURE | CURRENT | 1-30 | 31-60 | OVER 60 | TOTAL DUE |
|---|---|---|---|---|---|
|  |  |  |  | 7,582.98 | 7,582.98 |



```
SEA GARDEN SALES - BROWNSVILLE              Invoice#   1103878
P.O. BOX 3160                               Location#  01
2675 ANGLERS PLACE ROAD                     Date       03/05/02
BROWNSVILLE, TX  78523                      Page       1 OF 1
956-831-4291
```

**                  Invoice          **

```
      100248                          Ship To:
      ELVA PATRICIA RAMIREZ JUAREZ    M/V REBELDE
      HERIBERTO JARA 1026             DOCK: VALLEY ICE,
      COL. MORELOS
      TAMPICO, TAMPS,    89290
```

M

```
===============================================================================
Cust P/O:ACA            Reps:ACA /          Terms:NET 30
Ord-Date:03/05/02 Written:BNT Order#:6039018   Ship Via:OUR TRUCK
===============================================================================
Product/Description       Open   Ship'd   B/O     Price  U/M   Extension
-------------------------------------------------------------------------------
BFN45C                      4       4       0     584.38  EA    2,337.52
45' 1-7/8" #21 READY-MADE
FLAT NET

*B-GREEN-DIP                4       4       0      53.55  EA      214.20
DIPPING CHARGE       ALT-B-GREEN-DIP
NETS
```

```
===============================================================================
Mdse Total Delivery Misc Chg     Tax  Freight  Dep-amt Dep-Appld  Invoice Total
-------------------------------------------------------------------------------
  2,551.72     0.00     0.00    0.00    0.00     0.00     0.00      2,551.72
-------------------------------------------------------------------------------
```

# SEA GARDEN SALES CO., INC.
### www.seagarden.com

```
SEA GARDEN SALES - BROWNSVILLE          Invoice#    1103878
P.O. BOX 3160                           Location#   01
2675 ANGLERS PLACE ROAD                 Date        03/05/02
BROWNSVILLE, TX  78523                  Page        1 OF 1
956-831-4291
```

                    **            Invoice         **

```
100248                              Ship To:
ELVA PATRICIA RAMIREZ JUAREZ        M/V REBELDE
HERIBERTO JARA 1026                 DOCK: VALLEY ICE,
COL. MORELOS
TAMPICO, TAMPS,   89990
```

```
Cust P.O:ACA            Reps:ACA /        Terms:NET 30
Ord-Date:03/05/02 Written:BNT Order#:6039018  Ship Via:OUR TRUCK
```

| Product/Description | Qpan | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| BFN45C<br>45' 1-7/8" #2; READY-MADE<br>FLAT, NET | | | | 584.98 | EA | 2,337.52 |
| \*R-GREEN-DIP<br>DIPPING CHARGE<br>NETS | | | | 53.55 | EA | 214.20 |



| Mdse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 2,551.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,551.72 |



```
SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX  78523              ** Statement **



       ELVA  PATRICIA  RAMIREZ  JUAREZ          ACCT#: 100248
       HERIBERTO JARA 1026                      DATE : 01/02/03
       COL. MORELOS                             PAGE : 1
       TAMPICO, TAMPS   89290


       -----------------------------------------------------------
            Please attach a complete explanation to your check
          or your payment will be credited to the oldest invoices.
-------------------------------------------------------------------------
             INVOICE          DUE
INVOICE#      DATE           DATE            PURCHASE ORDER#         BALANCE
-------------------------------------------------------------------------
1103878     03/05/02       04/04/02         ACA                   2,551.72
```

| FUTURE | CURRENT | 1-30 | 31-60 | OVER 60 | TOTAL DUE |
|--------|---------|------|-------|---------|-----------|
| | | | | 2,551.72 | 2,551.72 |



```
SEA GARDEN SALES - BROWNSVILLE              Invoice#    1094046
P.O. BOX 3160                               Location#   01
2675 ANGLERS PLACE ROAD                     Date       10/10/01
BROWNSVILLE, TX  78523                      Page       1 OF 1
956-831-4291
```

                         **      Invoice        **

```
    100178                          Ship To:
    CARLOS JESUS BELLO ARELLANO     M/V TWINS II
    HERIBERTO JARA #1028-A          VALLEY ICE
    COLONIA MORELOS                 SHRIMP BASIN,
    TAMPICO, TAMPS,    89290
```
                                                              M

```
=================================================================
Cust P/O:00              Reps:ACA /         Terms:NET 30
Ord-Date:10/09/01 Written:ACA Order#:6029730  Ship Via:OUR TRUCK
=================================================================
Product/Description      Open   Ship'd   B/O    Price  U/M  Extension
-----------------------------------------------------------------
ITC631200                  2       2       0    769.44  RL   1,538.88
5/8" x 1200' 6x26 KOREAN GALV. ALT-5/8X1200ITC
TRAWL CABLE

BEG18                     12      12       0      5.96  LB      71.52
#18 EVER GRIP GREEN NYLON
TWINE 1 LB. TUBE

BEG36                     12      12       0      5.63  LB      67.56
#36 EVER GRIP GREEN NYLON
TWINE    1 LB. TUBE

HDWRT063                   6       6       0      0.77  EA       4.62
5/8" GALV. HEAVY DUTY THIMBLE  ALT-5/8GTI
IMPORTED

PT-25                      1       1       0     99.00  EA      99.00
25 GAL. PROPANE TANK (CYL.)
100# PROPANE CAP.
```

```
=================================================================
Mdse Total Handling Misc Chg    Tax  Freight  Dep-amt Dep-Appld  Invoice Total
-----------------------------------------------------------------
  1,781.58    0.00     0.00    0.00    0.00     0.00     0.00      1,781.58
-----------------------------------------------------------------
```

# SEA GARDEN SALES CO., INC.

SEA GARDEN SALES - BROWNSVILLE   www.seagarden.com   M/V TWINS II
P.O. BOX 3160                                          VALLEY ICE
2675 ANGLERS PLACE ROAD                                SHRIMP BASIN,
BROWNSVILLE, TX  78523
956-831-4291

**          Picking Ticket      **

100178
CARLOS JESUS BELLO ARELLANO
HERIBERTO JARA #1028-A
COLONIA MORELOS
TAMPICO, TAMPS,   89290
143060

| | |
|---|---|
| Order# | : 6029730-1 |
| Location | : 01 |
| Date | : 10/09/01 |
| Page | : 1 OF 1 |
| Time | : 01:22PM |

Total Wt:1,468.50
Ship-Via:OUR TRUCK

Ord-Date:10/09/01  Cust P/O:00
Req-Date:10/09/01  Contact:CARLOS JESUS BELLO      Terms:NET 30
Shp-Date:_____  Written:ACA              Reps:ACA /
Frt-Terms:PREPAID          Filled By: RG  Shipped By: RG  Driver: XXX

| Product/Description | Qty-Opn | U/M | Qty-Pck | Qty-Shp | Qty-B/O | Price/Ext |
|---|---|---|---|---|---|---|
| ITC631200 | | | | 2 | 0 | 769.44 |
| 5/8" x 1200' 6x26 KOREAN GALV. | | | | | | 1538.88 |
| TRAWL CABLE | | | | | | |
| BEG18 | | 12 LB | | 12 | | 5.96 |
| #18 EVER GRIP GREEN NYLON | | | | | | 71.52 |
| TWINE 1 LB. TUBE | | | | | BIN:*** | |
| BEG36 | | 1 LB | | 12 | | 5.63 |
| #36 EVER GRIP GREEN NYLON | | | | | | 67.56 |
| TWINE 1 LB. TUBE | | | | | BIN:*** | |
| HDWRT063 | | | | | | 0.77 |
| 5/8" GALV. HEAVY DUTY THIMBLE | | | | | | 4.62 |
| IMPORTED | | | | | | |
| PT-25 | | | | | | 99.00 |
| 25 GAL. PROPANE TANK (CYL.) | | | | | | 99.00 |
| 100# PROPANE CAP | | | | | | |

1 propane tank
2 Reels
2 bxs
1 bag

CUSTOMER SIGNATURE:



SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX  78523            ** Statement **


CARLOS JESUS BELLO ARELLANO              ACCT#: 100178
HERIBERTO JARA #1028-A                   DATE : 01/02/03
COLONIA MORELOS                          PAGE : 1
TAMPICO, TAMPS   89290


```
          ------------------------------------------------------
             Please attach a complete explanation to your check
           or your payment will be credited to the oldest invoices.
```

| INVOICE# | INVOICE DATE | DUE DATE | PURCHASE ORDER# | BALANCE |
|---|---|---|---|---|
| 1094046 | 10/10/01 | 11/09/01 | 00 | 1,612.06 |

| FUTURE | CURRENT | 1-30 | 31-60 | OVER 60 | TOTAL DUE |
|---|---|---|---|---|---|
| | | | | 1,612.06 | 1,612.06 |