IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Sea Garden Sales Co., Inc. § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. B-03-065 |
| § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos § | |
| Jesus Bello Arellano, Juan Jose Ramirez § | |
| Juarez, and Elva Patricia Ramirez § | |
| Juarez, *in personam* § | |
| Defendants. § | |
| § | |

## MOTION OF THE PLAINTIFF FOR THE ISSUANCE OF A RULE B WRIT OF FOREIGN ATTACHMENT

TO THE JUDGE OF THIS COURT:

COMES NOW Plaintiff Sea Garden Sales Co. and requests the Court to instruct the Clerk to issue a Rule B Writ of Foreign Attachment pursuant to the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and would show as follows:

1. Plaintiff has alleged within its complaint an *in personam* action against Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez for unpaid equipment and services provided to Defendants;

50621:1052140.1:032603

2. Attached to this Motion is an affidavit of James Hunter, Jr., an attorney for the Plaintiff. He attests to the fact that he cannot locate within this District an agent for service of process upon *in personam* Defendants, but that one of its assets, the M/V Rebelde I, is present within the District.

3. The supplying of necessaries to vessels are admiralty matters that are within the jurisdiction of this Court;

4. Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure provides for the attachment of a defendant's assets in the event there is no service of process agent within the District;

5. Plaintiff provided necessaries to Defendants and Defendants have failed to pay. Thus, Plaintiff requests that the M/V Rebelde I be attached so that it can effect service and jurisdiction for its *in personam* action against Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez.

**WHEREFORE**, Plaintiff request this Court to instruct the Clerk to issue the attached Writs and to the United States Marshal to serve the Writ by seizing and attaching the M/V Rebelde I.

Respectfully submitted,

By: _____
James H. Hunter, Jr.
Fed. Id.:       15703
TX Bar No.: 00784311
Juan Noe Garza, Jr.
Fed. Id.:       33421
TX Bar No.: 24036624
**ATTORNEYS IN CHARGE FOR PLAINTIFF,
SEA GARDENS SALES CO., INC.**

Of COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS**
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone:  (956) 542-4377
Telecopier: (956) 542-4370

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. § | | |
|     Plaintiff, § | | |
| § | | |
| vs. § | Civil Action No. _____ | |
| § | Admiralty | |
| Pesquera Bera S.A. de C.V., Carlos § | | |
| Jesus Bello Arellano, Juan Jose Ramirez § | | |
| Juarez, and Elva Patricia Ramirez § | | |
| Juarez, *in personam* § | | |
|     Defendants. § | | |
| § | | |

## AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS § | |
| § | |
| COUNTY OF CAMERON § | |

James Hunter, Jr., being first duly sworn, deposes and says as follows:

1. I am attorney for Plaintiff, Sea Garden Sales Co., Inc., and makes this affidavit under Rule B(1) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. To the best of my knowledge, information, and belief, the *in personam* Defendants, Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez, cannot be found within this District for the purpose of service with the summons and complaint as

provided by Fed. R. Civ. P. 4(e)(1) or (2), (g), (h)(1), or (j)(1) or (2). *See* Local Rule 4(b)(1).

3. I have a made a diligent search to confirm that the *in personam* Defendants cannot be served by reviewing local directories within this District, and by contacting the Secretary of State for the State of Texas in inquiry for registered agent, and by telephone calls to local businesses with similar names.

4. Furthermore, the information contained within this affidavit supports the attachment of the M/V Rebelde I pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Further affiant sayeth naught.

_____
James Hunter, Jr., Affiant

SUBSCRIBED AND SWORN TO before me this ____4th____ day of April, 2003.



_____
Notary Public for the State of Texas

____Teresa Rodriguez____
[Print or type name of Notary]
My commission expires: 3\13\04

50621:1052150.1:032603

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. § | | |
| Plaintiff, § | | |
| § | Civil Action No. **B-03-065** | |
| vs. § | | |
| § | Admiralty | |
| Pesquera Bera S.A. de C.V., Carlos § | | |
| Jesus Bello Arellano, Juan Jose Ramirez § | | |
| Juarez, and Elva Patricia Ramirez § | | |
| Juarez, *in personam* § | | |
| Defendants. § | | |
| § | | |

## RULE B WRIT OF FOREIGN ATTACHMENT

TO:   THE UNITED STATES MARSHAL
      OF THE SOUTHERN DISTRICT OF TEXAS

GREETINGS:

1.   **WHEREAS,** an Verified Original Complaint has been filed in the United States District Court for the Southern District of Texas, Brownsville Division, by Plaintiff Sea Garden Sales Co., Inc. against Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez, *in personam*;

2.   Plaintiff's claim is in the amount of at least $11,746.76, plus interest, costs of Court, and attorneys' fees;

50621:1052144.1:032603

3. Plaintiff prays that process may issue in due form of law and according to the practice of this Court against the said *in personam* Defendants;

4. Plaintiff's claim is accompanied by an Affidavit that the *in personam* Defendants cannot be found within this District;

5. Plaintiff prays for the seizure and attachment of the M/V Rebelde I, property of *in personam* Defendants, pursuant to Rule B(1) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

**NOW THEREFORE**, we hereby empower, strictly charge and command you, the said Marshal;

6. To attach the M/V Rebelde I and to detain the M/V Rebelde I in your custody until further order of the Court;

7. To cite and admonish *in personam* Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez if they can be found in your District, and to appear before the aforementioned District Court, at the Federal Building, in the City of Brownsville, Texas, within the time prescribed by law, then and there to answer the aforementioned Complaint, and to make its allegations in its behalf;

8. If *in personam* Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez cannot be found in the

Southern District of Texas, that you attach said Defendant's goods and chattels, including the following:

> M/V Rebelde I, her engines, tackle, apparel, gear and appurtenances at the Port of Brownsville, Texas;

9. After having served their warrant to make due and prompt return thereof;

**FURTHER**, we do hereby empower, strictly charge and command you, the said Marshal, to execute this warrant by:

10. Serving a copy thereof on the master of the M/V Rebelde I;

11. To notify the Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez, that Plaintiff has commenced a foreign attachment pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure against them;

12. To notify the Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez that they are required to defend the claim filed by Plaintiff;

13. To notify the Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez that they are required to file with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, with copy to the Plaintiff's attorneys, James H. Hunter

and Juan Noe Garza, Jr., Royston, Rayzor, Vickery & Williams, L.L.P., P.O. Box 3509, Brownsville, TX 78523-3509, within twenty (20) days of service of the writ, an answer under oath; and

14. To notify the Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez that a hearing is scheduled before _____, at Brownsville, Texas on the ___ day of _____, at _____ ____.m., at the Federal Building, Brownsville, Texas, to provide an opportunity for any garnishee or Defendant to present any objections they might have to the aforesaid attachment and garnishment.

Witness, the Honorable _____, Judge of the United States District Court for the Southern District of Texas, Brownsville Division, this _____ day of _____, 2003.

CLERK

_____