IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. § | | |
| Plaintiff, § | | |
| § | | B-03-065 |
| vs. § | Civil Action No. _____ | |
| § | Admiralty | |
| Pesquera Bera S.A. de C.V., Carlos § | | |
| Jesus Bello Arellano, Juan Jose Ramirez § | | |
| Juarez, and Elva Patricia Ramirez § | | |
| Juarez, *in personam* § | | |
| Defendants. § | | |
| § | | |

**MOTION FOR PUBLICATION OF NOTICE**

If the vessel has not been released within ten (10) days after seizure, Plaintiff moves the Court for an order directing the marshal to publish notice of this action and of the arrest of the M/V Rebelde I in the hands of Marine Service, said notice to be substantially published in the Brownsville Herald, a newspaper of general circulation, for six successive days, exclusive of Saturday and Sunday, and to specify that all persons claiming any interest in the said property, or having anything to say why the same should not be arrested to satisfy the demand of Plaintiff, shall file their claims within ten (10) days after process has been executed, and shall serve answers within twenty (20) days after the filing of the claim with the Clerk of this Court, with a copy to be mailed to Plaintiff's attorneys, James H. Hunter, Jr. / Juan Noe Garza, Jr. of Royston, Rayzor, Vickery & Williams, L.L.P., P.O. Box 3509, 55 Cove Circle, Brownsville, Texas 78523-3509.

50621:1052157.1:032603

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
Fed. Id.:      15703
TX Bar No.: 00784311
Juan Noe Garza, Jr.
Fed. Id.:      33421
TX Bar No.: 24036624
ATTORNEYS IN CHARGE FOR PLAINTIFF,
SEA GARDENS SALES CO., INC.


Of COUNSEL:


ROYSTON, RAYZOR, VICKERY & WILLIAMS
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone:   (956) 542-4377
Telecopier:  (956) 542-4370

50621:1052157.1:032603

-2-