United States District Court
Southern District of Texas
FILED

APR 0 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 10 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Sea Garden Sales Co., Inc. § | |
|     Plaintiff, § | |
| § | |
| vs. § | Civil Action No. B-03-065 |
| § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos § | |
| Jesus Bello Arellano, Juan Jose Ramirez § | |
| Juarez, and Elva Patricia Ramirez § | |
| Juarez, *in personam* § | |
|     Defendants. § | |
| § | |

### ORDER TO ATTACH A VESSEL

1. The United States Marshal for the Southern District of Texas is ordered to:

    A. Attach the M/V Rebelde I, her equipment and appurtenances;

    B. Serve a copy of the complaint and the warrant for the seizure on the person in possession of the ship or his agent; and

    C. Return the warrant promptly.

2. Normal operations, including cargo, may continue aboard the vessel, and at the risk and expense of the vessel's interest, it may shift to another berth within the Southern District of Texas, Brownsville Division.

3. The vessel may be released from seizure without a further order of this Court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release, (b) the attorney files the consent, and (c) the Court has not entered an order to the contrary.

Signed at Brownsville, Texas, April 4, 2003.

                                            Presiding Judge

50621:1052145.1:032603