United States District Court
Southern District of Texas
FILED
APR 0 4 2003
Michael N. Milby,
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
APR 10 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
|     Defendants. | § | |
| | § | |

### ORDER DIRECTING MANNER OF NOTICE

In accordance with the requirements of Rule B of Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, which requires the publication of certain notices, it is hereby

**ORDERED** that if the M/V Rebelde I has not been released within ten (10) days after seizure, a Public Notice of Arrest be published substantially in the form filed herewith with the <u>Brownsville Herald</u>, a newspaper of general circulation within this District. It is further

**ORDERED** that all persons claiming any interest in or to the M/V Rebelde I file its respective claims and answers with the Clerk of this Court and to serve on or mail to Plaintiff's attorneys, James H. Hunter, Jr. / Juan Noe Garza, Jr. of Royston, Rayzor, Vickery & Williams, L.L.P., P.O. Box 3509, 55 Cove Circle, Brownsville, Texas 78523-3509, a copy thereof on or before the ____ day of _____, 2003, or be forever defaulted.

50621:1052160.1:032603

-2-

**DONE AND ENTERED** at Brownsville, Texas this _4TH_ day of **April, 2003.**

_____
PRESIDING JUDGE