IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
| Defendants. | § | |

## FIRST AMENDED VERIFIED ORIGINAL COMPLAINT

TO THE JUDGE OF THIS COURT:

COMES NOW Sea Garden Sales Co., Inc., Plaintiff (sometimes referred to herein as "Sea Garden"), and asserts its First Amended Verified Original Complaint against the Defendants, Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez, *in personam*, as follows:

1.  Plaintiff filed its Verified Original Complaint on April 4, 2003 and attempted to attach Defendants' vessel, Rebelde I, at the Port of Brownsville. However, the Rebelde I departed before the U.S. Marshals had the opportunity to attach the Rebelde I.

2.  Plaintiff believes that Defendants own other vessels, including the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, and M/V Tauro.

3.      Defendants' vessels enter and stay at the Port of Brownsville for a matter of hours to refuel. Due to the short time frame Plaintiff has to attach Defendants' vessels, Plaintiff requests this Court to order any or all of Defendants' vessels to be attached that enter the Port of Brownsville.

4.      This is admiralty and maritime claim within the jurisdiction of the United States and this Honorable Court pursuant to Article III, Section 2 of the United States Constitution, 28 U.S.C. § 1333, and Rule 9(h) of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

2.      Plaintiff is a business entity organized and existing under law with an office and place of business in the Texas.

3.      Defendant Pesquera Bera S.A. de C.V., *in personam*, is a business entity organized and existing under the laws of a state other than the state of Texas. Defendant Pesquera Bera S.A. de C.V., *in personam*, is believed to be a Mexican corporation with an office and place of business at Heriberto Jara #1026, Col. Morelos, Tampico Tamps, Mexico. Defendant Pesquera Bera S.A. de C.V. has an account with Plaintiff and purchased necessaries, including equipment, tackle, apparel and among other things, which have yet to be paid. Defendant Pesquera Bera S.A. de C.V. is jointly and severally responsible for amounts owed to Plaintiff. *See* Exhibit 1, the credit application.

4.      Defendant Carlos Jesus Bello Arellano, *in personam*, is a citizen of a country

other than the United States. Defendant Arellano is a officer, director, principal, or shareholder of Pesquera Bera S.A. de C.V. Defendant Arellano has an account with Plaintiff and purchased necessaries, including equipment, tackle, apparel and among other things, which have yet to be paid. Based on the credit application, Defendant Arellano is jointly and severally responsible for amounts owed to Plaintiff. *See* Exhibit 1.

5.    Defendant Juan Jose Ramirez Juarez, *in personam*, is a citizen of a country other than the United States. Defendant Juan Jose Ramirez Juarez is a officer, director, principal, or shareholder of Pesquera Bera S.A. de C.V. Defendant Juan Jose Ramirez Juarez has an account with Plaintiff and purchased necessaries, including equipment, tackle, apparel and among other things, which have yet to be paid. Based on the credit application, Defendant Juan Jose Ramirez Juarez is jointly and severally responsible for amounts owed to Plaintiff. *See* Exhibit 1.

6.    Defendant Elva Patricia Ramirez Juarez, *in personam*, is a citizen of a country other than the United States. Defendant Elva Patricia Ramirez Juarez is wife of Defendant Juan Jose Ramirez Juarez. Defendant Elva Patricia Ramirez Juarez has an account with Plaintiff and is jointly and severally responsible purchased necessaries, including equipment, tackle, apparel and among other things, which have yet to be paid. *See* Exhibit 11 and 12.

7.    Although *in personam* Defendants have conducted, and are conducting,

business within the State of Texas, they have not appointed a registered agent or maintained a resident office for the purpose of service of process. Further, Defendants cannot be found within the District; therefore, this Court is authorized to issue a Writ of Maritime Attachment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims as to all property and assets of Defendants found within this District, including but not limited to bunkers or other property owned and currently on board the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, and M/V Tauro, which is now, or will be during the pendency of this action, within this District at the Port of Brownsville, Texas.

### SUPPLY OF NECESSARIES PROVIDED TO DEFENDANTS

8.    Plaintiff provided necessaries, including equipment, tackle, apparel and among other things, for the M/V Rebelde, M/V Ana Lorena, M/V Agricultor as set forth in the attached invoices (*see* Exhibits 2-14) and as requested by *in personam* Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez. M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, and M/V Tauro are owned or control by Defendants.

9.     The Defendants owe Plaintiff the following amounts:

| EXHIBIT | INVOICE | DATE | OPEN BALANCE |
|---------|---------|------|--------------|
| 2 | 824613 | 12/10/01 | $ 2,575.52 |
| 3 | 824734 | 1/04/02 | $130.60 |
| 4 | 1099801 | 1/07/02 | $504.04 |
| 5 | 1101421 | 1/31/02 | $ 999.59 |
| 6 | 1102294 | 2/12/02 | $ 963.00 |
| 7 | 1103865 | 3/05/02 | $ 1,583.36 |
| 8 | 1103939 | 3/06/02 | $ 2,955.91 |
| 9 | 1104954 | 3/20/02 | $ 441.20 |
| **10** | **TOTAL** | **1/02/03** | **$ 7,582.98** |

| | | | |
|---------|---------|------|--------------|
| 11 | 1103878 | 3/05/02 | $ 2,551.72 |
| **12** | **TOTAL** | **1/02/03** | **$ 2,551.72** |

| | | | |
|---------|---------|------|--------------|
| 13 | 1094046 | 10/10/01 | $ 1, 781.58 |
| **14** | **TOTAL** | **1/02/03** | **$ 1,612.06** |

| | | | |
|---------|---------|------|--------------|
| | **OVER ALL TOTAL** | **1/2/03** | **$ 11, 746.76** |

10.    The above invoices were duly submitted to the *in personam* Defendants, but

despite amicable demand, were not paid.

11.    As *in personam* Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello

Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez cannot be found within this District, Plaintiff seeks *in personam* jurisdiction over Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez for this cause of action by attachment of cash, goods, and chattels of Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez on board the vessel and within the District pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure by Writ of Foreign Attachment.

12.    The above invoices have still not been paid and the amount due pursuant to the outstanding invoices is approximately $11,746.76.

13.    Due demand has been made and disregarded.  All conditions precedent to filing this action have been performed.

14.    It has been necessary for Plaintiff to retain counsel in order to obtain payment of their services and reimbursements of their out-of-pocket expenses and disbursements in connection with the foregoing unpaid account, as a result of which Plaintiff is entitled to recover reasonable attorney's fees, costs and disbursements in connection with maintaining this action.

15.    Plaintiff is entitled to recover pre- and post-judgment interests on its damages awarded herein.

16.   All and singular the above premises are true and correct and within the admiralty and maritime jurisdiction of this court.

**WHEREFORE**, Plaintiff prays:

17.   That because *in personam* Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez cannot be found within the District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, that an *ex parte* hearing be held and that a Rule B Writ of Foreign Attachment pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure be issued attaching all assets and property of the Defendants which can be found within this District, including but not limited to and her engines, tackle, apparel, gear, appurtenances or other assets of the *in personam* Defendants on board the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, and M/V Tauro, in amount sufficient to satisfy Plaintiff's claims with interest, costs, and attorney's fees;

18.   That a summons issue to the *in personam* Defendants, citing them to appear and answer the matters stated in this Amended Verified Original Complaint;

19.   That the maritime liens of Plaintiff be recognized and enforces with preference and priority over all persons whomsoever;

20. That the Court enter judgment for Plaintiff and against Pesquera Bera S.A. de

C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia

Ramirez Juarez, *in personam*, in the amount of at least $11,746.76 or such

other amount as may be proved, together with interest, costs, and attorney's

fees;

21. That the vessel and chattels aboard be sold to satisfy said judgment; and

22. That the Court grant all other and further relief to which Plaintiff is entitled.


Respectfully submitted,

By: _____

James H. Hunter, Jr.
Fed. Id.:       15703
TX Bar No.: 00784311
Juan Noe Garza, Jr.
Fed. Id.:       33421
TX Bar No.: 24036624
**ATTORNEYS IN CHARGE FOR PLAINTIFF,
SEA GARDENS SALES CO., INC.**


Of COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS**
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone:  (956) 542-4377
Telecopier:  (956) 542-4370

## VERIFICATION

THE STATE OF TEXAS          §
                           §
COUNTY OF CAMERON           §

BEFORE ME, the undersigned authority, on this day personally appeared James H. Hunter, Jr., who is well known to me and who, after being by me first duly sworn, did depose and say that:

He is an attorney with the firm of ROYSTON, RAZOR, VICKERY & WILLIAMS, attorneys for the Plaintiff, having prepared the above and foregoing First Amended Verified Original Complaint. He has read the said Amended Verified Original Complaint and that the allegations therein contained are true and correct to the best of his knowledge, information and belief, and that the source of his information and the basis for his belief is information furnished by Plaintiff and obtained in the course of investigation and handling of this matter. This affidavit is being made by counsel, as a representative of Plaintiff is not available to make same.

He has, after reasonable inquiry including, but not limited to, contacting the office of the Secretary of State of Texas, calling local businesses with similar names, and conferring with the local telephone company, determined that Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez, the *in personam* Defendants identified in the above and foregoing First Amended Verified Original Complaint, cannot be found within this District, has no office or place of business in this

District or apparently in the State of Texas, and has no agent for the service of process within said state. Based on same, issuance of a Rule B Writ of Foreign Attachment would be proper.



_____
James Hunter, Jr.

SWORN TO and SUBSCRIBED BEFORE ME this _11th_ day of April, 2003.

_____
Notary Public in and for the
State of Texas

My Commission Expires:

_____1/24/05_____

SYLVIA SALAS
MY COMMISSION EXPIRES
January 24, 2005



*manda Ayala*

# SEA GARDEN
## SALES COMPANY, INC.
## INDUSTRIAL AND MARINE SUPPLIES
P.O. Box 3160 • Brownsville, Texas 78523 • Phone (956) 831-4291 • Fax (956) 831-9434

*Att /00205 12/15/98*

*M/V Rebelde*

| CREDIT APPLICATION | BUSINESS OR ORGANIZATION |
|---|---|

*M/V Rebelde*

| Business Name | PESQUERA BERA S.A. DE C.V. | Type of Business | PESCA |
|---|---|---|---|
| Address | HERIBERTO JARA #1026 Col. MORELOS | How Long In Business | CUATRO AÑOS |

| City | TAMPICO | State | TAMAULIPAS | Zip | 89250 | Phone | 12-23-05 | Fax | 12-23-05 |
|---|---|---|---|---|---|---|---|---|---|

| If Business Type of Ownership | ☐ Corporation | ☐ Partnership | ☐ Limited Partnership | ☒ Individual |
|---|---|---|---|---|

## BANKS      ACCT. NO'S.

| 1. | | Checking ☐ Loan ☐ |
|---|---|---|
| 2. | | Checking ☐ Loan ☐ |

## PRINCIPALS IN COMPANY

| Name | Address | Phone |
|---|---|---|
| 1. CARLOS JESÚS BELLO ARELLANO | Durango 105 Sur Col. ... | 15-49-98 |
| 2. JUAN JOSÉ RAMÍREZ JUÁREZ | | 10-09-60 |
| 3. | | |

## PURCHASING POLICY

1. Do you use purchase orders? _____ No _____
2. Who does the buying? _Juan José Ramírez Juárez  y Carlos Jesús Bello Arellano_
3. Who pays the bills? _Los mismos_
4. Sales Tax Exemption? _____ Exemption No. _____
5. D&B Rating _____ Credit Limit _____

    I acknowledge and agree that interest at the rate of 1 1/2 per cent per month will be charged on all balances remaining unpaid after 30 days from the dates amounts are incurred.

    In the event of default and referral to an attorney or collection agency, the above applicant agrees to pay all costs of collection including reasonable attorney's fees. I understand that the above information is given for the purpose of obtaining credit and I certify that, to the best of my knowledge, the above information is complete and accurate as of the date of this application.

| Signature | Title | Date |
|---|---|---|
| | | Noviembre-04-'98 |

## BANKS

| Credit Approved ☒ | Credit Limit $ 5,000 |
|---|---|
| Credit Refused ☐ | Reason |
| Remarks _____ | |

THE FEDERAL EQUAL OPPORTUNITY ACT PROHIBITS CREDITORS FROM DISCRIMINATING AGAINST CREDIT APPLICANTS ON THE BASIS OF SEX OR MARITAL STATUS. THE FEDERAL AGENCY WHICH ADMINISTERS COMPLIANCE WITH THIS LAW CONCERNING THIS COMPANY IS

**EXHIBIT**

```
BAYSIDE NET & TWINE CO. INC            Invoice#   824613
P.O. BOX 3160                          Location#  44
BROWNSVILLE, TX   78523                Date       12/10/01
956-943-1933                           Page       1 OF 1
```

```
                  **      Invoice       **
```

```
      100205                      Ship To:
      M/V REBELDE                 M/V REBELDE
      PESQUERA BERA S.A.DE C.V.   PESQUERA BERA S.A.DE C.V.
      HERIBERTO JARA #1026        HERIBERTO JARA #1026
      COL. MORELOS                COL. MORELOS
      TAMPICO TAMPS. 89290,       TAMPICO TAMPS. 89290,
                                                            M
```

```
===========================================================================
ust P/O:ACA           Reps:ACA /          Terms:NET 30
rd-Date:12/10/01 Written:BNT Order#:428340    Ship Via:OUR TRUCK
===========================================================================
roduct/Description        Open    Ship'd    B/O      Price   U/M   Extension
---------------------------------------------------------------------------
FN45C                   -.- 4       4        0      584.38   EA    2,337.52
5' 1-7/8" #21 READY-MADE
LAT NET

B-GREEN-DIP                 4       4        0       59.50   EA      238.00
IPPING CHARGE          ALT-B-GREEN-DIP
ETS
```

```
===========================================================================
dse Total Handling Misc Chg     Tax   Freight  Dep-amt Dep-Appld  Invoice Total
===========================================================================
 2,575.52     0.00     0.00     0.00    0.00     0.00     0.00      2,575.52
---------------------------------------------------------------------------
```

# SEA GARDEN SALES CO., INC.

**www.seagarden.com**

BAYSIDE NET & TWINE CO. INC.
P.O. BOX 3160
BROWNSVILLE, TX  78523
956-943-1903

| | |
|---|---|
| Invoice# | 824613 |
| Location# | 44 |
| Date | 12/10/01 |
| Page | 1 OF 1 |

```
**        Invoice        **
```

100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

Ship To:
M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

M

Cust P/O:ACA                    Terms:NET 30
Ord-Date:12/10/01 Written:BNT   Via:OUR TRUCK

| Product/Description | Open | Ship | Price | U/M | Extension |
|---|---|---|---|---|---|
| BFN450 | | | 584.38 | EA | 2,337.52 |
| 45' 1-7/8" #21 READY-MADE FLAT NET | | | | | |
| *B-GREEN-DIP | | | 9.50 | | 238.00 |
| DIPPING CHARGE | | ALT-B-GREEN-DIP | | | |
| NETS | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dept-Amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|



# EA GARDEN SALES CO., INC.

**www.seagarden.com**

BAYSIDE NET & TWINE CO. INC
P.O. BOX 3160
BROWNSVILLE, TX 78523
956-943-1933

| | |
|---|---|
| Invoice# | 824734 |
| Location# | 44 |
| Date | 01/04/02 |
| Page | 1 OF 1 |

```
                    **      Invoice      **
                    **      Reprint      **
```

100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

Ship To:
M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

M

==================================================================
ust P/O:ACA            Reps:ACA /            Terms:NET 30
rd-Date:01/04/02 Written:BNT Order#:428471    Ship Via:OUR TRUCK
==================================================================

| roduct/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| KN420188 | 20 | 20 | 0 | 5.23 | LB | 104.60 |
| -7/8" #18 (420) 600 x 1200 | | | | | | |
| HITE KNOTLESS NETTING | | | | | | |
| | | | | | | |
| B-GREEN-DIP | 20 | 20 | | 1.30 | LB | 26.00 |
| IPPING CHARGE | | ALT-B-GREEN-DIP | | | | |
| ETTING | | | | | | |

| dse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 130.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 130.60 |

*Luis A. Puri*



```
SEA GARDEN SALES - BROWNSVILLE          Invoice#   1099801
P.O. BOX 3160                           Location#  01
2675 ANGLERS PLACE ROAD                 Date       01/07/02
BROWNSVILLE, TX  78523                  Page       1 OF 1
956-831-4291
```

```
           **      Invoice      **
```

```
    100205                          Ship To:
    M/V REBELDE                     M/V ANA LORENA
    PESQUERA BERA S.A.DE C.V.       VALLEY ICE
    HERIBERTO JARA #1026            SHRIMP BASIN,
    COL. MORELOS
    TAMPICO TAMPS. 89290,
                                                        M
```

```
ust P/O:M/V ANA LORENA      Reps:ACA /         Terms:NET 30
rd-Date:01/04/02 Written:ACA Order#:6035038   Ship Via:OUR TRUCK
```

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| EG36<br>36 EVER GRIP GREEN NYLON<br>TWINE  1 LB. TUBE | 6 | 6 | 0 | 5.63 | LB | 33.78 |
| EG21<br>21 EVER GRIP GREEN NYLON<br>TWINE 1 LB. TUBE | 4 | 4 | 0 | 6.00 | LB | 24.00 |
| SAS050<br>/2" GALV. CROSBY ANCHOR<br>HACKLE - LOAD RATED  ( RED ) | 10 | 10 | 0 | 4.45 | EA | 44.50 |
| SAS075<br>/4" GALV. CROSBY ANCHOR<br>HACKLE - LOAD RATED  ( RED ) | 2 | 2 | 0 | 12.10 | EA | 24.20 |
| 000<br>VC INSULATED GLOVE ORANGE<br>LUORESCENT W/ KNIT WRIST | 1 | 1 | 0 | 3.16 | PR | 3.16 |
| 040SD-OR-L<br>RANGE 3 PC. RAIN SUIT<br>IZE LARGE | 1 | 1 | 0 | 9.00 | EA | 9.00 |
| B50240<br>/2" x 240' 6x7  KOREAN     ALT-1/2X240IB<br>ALV. SPLICED BRIDLE | 3 | 3 | 0 | 121.80 | EA | 365.40 |

| dse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 504.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 504.04 |

# SEA GARDEN SALES CO., INC.



SEA GARDEN SALES - BROWNSVILLE   **www.seagarden.com**  M/V ANA LORENA
P.O. BOX 3160                                        VALLEY ICE
2675 ANGLERS PLACE ROAD                              SHRIMP BASIN.
BROWNSVILLE, TX  78523
956-831-4291

```
                 **   Picking Ticket   **
```

```
     100205
     M/V REBELDE
     PESQUERA BERA S.A.DE C.V.                  Order#    : 6035038-1
     HERIBERTO JARA #1026                       Location  : 01
     COL. MORELOS                               Date      : 01/04/02
     TAMPICO TAMPS. 89290.                      Page      : 1 OF 1
                                                Time      : 11:12AM
                                                                    M
                                       Total Wt:310.00
d-Date:01/04/02 CustP/O:M/V ANA LORENA  Ship-Via:OUR TRUCK
q-Date:01/04/02 Contact:CARLOS JESUS BELLO   Terms:NET 30
o-Date:_____  Written:ACA                  Reps:ACA /
t-Terms:PREPAID         Filled By: LU   Shipped By: RG , Driver:____
```

```
=====================================================================
oduct/Description      Qty-Opn U/M Qty-Pck Qty-Shp Qty-B/O   Price/Ext
=====================================================================
336                                      6   6        0        5.63
6 EVER GRIP GREEN NYLON                          ***IN***     33.78
INE   1 LB. TUBE
---------------------------------------------------------------------
321                          4 LB                     0        6.00
1 EVER GRIP GREEN NYLON                                       24.00
INE 1 LB. TUBE
---------------------------------------------------------------------
4S050                       10 EA                     0        4.45
2" GALV. CROSE     NCH      ( RED )                          144.50
ACKLE - LOAD R
---------------------------------------------------------------------
4S075                        2 EA                     0       12.10
4" GALV. CROS      NCH      ( RED )                           24.20
ACKLE - LOAD RATED
---------------------------------------------------------------------
00                                                    0        3.16
  INSULATED GLOVE ORANGE                                       3.16
JORESCENT W/ KNIT WRIST
---------------------------------------------------------------------
40SD-OR-L                    1 EA     1               0        9.00
ANGE 3 PC. RAIN SUIT                                          9.00
ZE LARGE
---------------------------------------------------------------------
50240                        3 EA     3   3           0      121.80
2" x 240' 6x7  KOREAN                                        365.40
LV. SPLICED BRIDLE
```

2 bxs.
3 bridles

```
=====================================================================
                         CUSTOMER SIGNATURE:
```



```
SEA GARDEN SALES - BROWNSVILLE          Invoice#  1101421
P.O. BOX 3160                           Location# 01
2675 ANGLERS PLACE ROAD                 Date      01/31/02
BROWNSVILLE, TX  78523                  Page      1 OF 2
956-831-4291
```

```
            **      Invoice        **
```

```
    100205                          Ship To:
    M/V REBELDE                     Customer Pick-Up
    PESQUERA BERA S.A.DE C.V.       WILL CALL S.G.S. DOCK
    HERIBERTO JARA #1026            THURSDAY MORNING  01/31/01,
    COL. MORELOS
    TAMPICO TAMPS. 89290,
```
                                                              M

```
Cust P/O:MANDO        Reps:ACA /          Terms:NET 30
Ord-Date:01/30/02 Written:JOM Order#:6036806   Ship Via:Pick Up
```

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| EG21<br>21 EVER GRIP GREEN NYLON<br>TWINE 1 LB. TUBE | 2 | 2 | 0 | 6.00 | LB | 12.00 |
| EG36<br>36 EVER GRIP GREEN NYLON<br>TWINE  1 LB. TUBE | 2 | 2 | 0 | 5.63 | LB | 11.26 |
| 4V050<br>0 WATT INSIDE FROST LIGHT    ALT-50A<br>ULB  (34 VOLT) | 12 | 12 | 0 | 1.69 | EA | 20.28 |
| L600<br>DAYCO V-BELT<br>/8" X 11/32"    60" LONG OD | 2 | 2 | 0 | 8.11 | EA | 16.22 |
| 454-06<br>" 5-TON CROSBY GALV. TRYNET<br>LOCK (NEEDLE BRG)W/SWIVEL EYE | 9 | 9 | 0 | 98.78 | EA | 889.02 |
| L360<br>DAYCO V-BELT<br>/8" X 11/32"    36" LONG OD | 2 | 0 | 0 | 5.32 | EA | 0.00 |
| 70085<br>UEL FILTER FOR 3408, 3412<br>CAT P/N 4N5823 BALDWIN BF584) | 2 | 2 | 0 | 6.65 | EA | 13.30 |
| 06G | 1 | 1 | 0 | 22.47 | EA | 22.47 |

                                Continued

```
SEA GARDEN SALES - BROWNSVILLE              Invoice#   1101421
P.O. BOX 3160                               Location#  01
2675 ANGLERS PLACE ROAD                     Date       01/31/02
BROWNSVILLE, TX  78523                      Page       2 OF 2
956-831-4291
```

**            Invoice        **

```
   100205                              Ship To:
   M/V REBELDE                         Customer Pick-Up
   PESQUERA BERA S.A.DE C.V.           WILL CALL S.G.S. DOCK
   HERIBERTO JARA #1026                THURSDAY MORNING  01/31/01,
   COL. MORELOS
   TAMPICO TAMPS. 89290,
                                                              M
```

| | | |
|---|---|---|
| Cust P/O:MANDO | Reps:ACA / | Terms:NET 30 |
| Ord-Date:01/30/02 Written:JOM Order#:6036806 | | Ship Via:Pick Up |

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| GREEN MASTLIGHT GLOBES | | | | | | |
| L540 | 2 | 2 | 0 | 7.52 | EA | 15.04 |
| DAYCO V-BELT | | | | | | |
| /8" X 11/32"    54" LONG OD | | | | | | |

| Mdse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 999.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 999.59 |

# SEA GARDEN SALES CO., INC.

SEA GARDEN SALES - BROWNSVILLE    **www.seagarden.com**  Customer Pick-Up
P.O. BOX 3160                                      WILL CALL S.G.S. DOCK
2675 ANGLERS PLACE ROAD                            THURSDAY MORNING  01/31/01
BROWNSVILLE, TX  78523
956-831-4291

## **        Picking Ticket     **

100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.                Order#    : 6036806-1
HERIBERTO JARA #1026                     Location  : 01
COL. MORELOS                             Date      : 01/30/02
TAMPICO TAMPS. 89290.                    Page      : 1 OF 1
                                         Time      : 04:31PM

                                                              M

                              Total Wt:206.50
d-Date:01/30/02 CustP/O:MANDO      Ship-Via:Pick Up
q-Date:01/30/02 Contact:CARLOS JESUS BELLO   Terms:NET 30
p-Date:_____  Written:JOM       Reps:ACA /
t-Terms:PREPAID            Filled By:R.I Shipped By:RG Driver:___

| oduct/Description | Qty-Opn | U/M | Qty-Pck | Qty-Shp | Qty-B/O | Price/Ext |
|---|---|---|---|---|---|---|
| G21 | | | 2 | | 0 | 6.00 |
| 1 EVER GRIP GREEN NYLON | | | | | | 12.00 |
| INE 1 LB. TUBE | | | | | | |
| G36 | 2 LB | | 5 | | 0 | 5.63 |
| 6 EVER GRIP GREEN NYLON | | | | | | 11.26 |
| INE  1 LB. TUBE | | | | | | |
| V050 | 12 EA | | 12 | | | 1.69 |
| WATT INSIDE | | | | | | 20.28 |
| LB  (34 VOLT) | | | | | | |
| 600 | | | | | | 8.11 |
| AYCO V-BELT | | | | | | 16.22 |
| 8" X 11/32".  60" LONG OD | | | | | | |
| 54-06 | | | | | 0 | 98.78 |
| 5-TON CROSBY GALV. TRYNET | | | | | | 889.02 |
| OCK (NEEDLE BRG)W/SWIVEL EYE | | | | | | |

CUSTOMER SIGNATURE:

# SEA GARDEN SALES CO., INC.

SEA GARDEN SALES - BROWNSVILLE   *www.seagarden.com* Customer Pick-Up
P.O. BOX 3160                                         WILL CALL S.G.S. DOCK
2675 ANGLERS PLACE ROAD                               THURSDAY MORNING  01/31/01,
BROWNSVILLE, TX  78523
956-831-4291

**         Picking Ticket      **

```
100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.                 Order#   : 6036806-2
HERIBERTO JARA #1026                      Location : 01
COL. MORELOS                              Date     : 01/31/02
TAMPICO TAMPS. 89290,                     Page     : 1 OF 1
                                          Time     : 08:51AM
                                                                    M
                                Total Wt:0.00
rd-Date:01/30/02 CustP/O:MANDO   Ship-Via:Pick Up
eq-Date:01/30/02 Contact:CARLOS JESUS BELLO  Terms:NET 30
hp-Date:_____  Written:JOM    Reps:ACA /
rt-Terms:PREPAID              Filled By:____ Shipped By:____ Driver:___
```

| Product/Description | Qty-Opn U/M | Qty-Pck | Qty-Shp Qty-B/O | Price/Ext |
|---|---|---|---|---|
| L360 | 2 | | 2 | 5.32 |
| DAYCO V-BELT | | | | 10.64 |
| /8" X 11/32"   36" LONG OD | | | | |
| 70085 | 2 EA | | | 6.65 |
| UEL FILTER FOR 3408, 3412 | | | | 13.30 |
| CAT P/N 4N5823 BALDWIN BF58 | | | | |
| 06G | EA | | 1 | 22.47 |
| REEN MASTLIGHT GLOB | | | | 22.47 |

CUSTOMER SIGNATURE:

# SEA GARDEN SALES CO., INC.

SEA GARDEN SALES - BROWNSVILLE   *www.seagarden.com* Customer Pick-Up
P.O. BOX 3160                                         WILL CALL S.G.S. DOCK
2675 ANGLERS PLACE ROAD                               THURSDAY MORNING  01/31/01,
BROWNSVILLE, TX  78523
956-831-4291

```
            **   Picking Ticket   **


    100205
    M/V REBELDE
    PESQUERA BERA S.A.DE C.V.            Order#    : 6036806-3
    HERIBERTO JARA #1026                 Location  : 01
    COL. MORELOS                         Date      : 01/31/02
    TAMPICO TAMPS. 89290,                Page      : 1 OF 1
                                         Time      : 09:22AM
                                                                      M
                                  Total Wt:0.00
rd-Date:01/30/02 CustP/O:MANDO    Ship-Via:Pick Up
eq-Date:01/30/02 Contact:CARLOS JESUS BELLO    Terms:NET 30
hp-Date:_____  Written:JOM                  Reps:ACA /
rt-Terms:PREPAID             Filled By:____ Shipped By:____ Driver:____
==================================================================
roduct/Description        Qty-Opn U/M Qty-Pck Qty-Shp Qty-B/O    Price/Ext
==================================================================
L540                          2          2          0        7.52
DAYCO V-BELT                                                 15.04
/8" X 11/32"    54" LONG
```

CUSTOMER SIGNATURE:



```
SEA GARDEN SALES - BROWNSVILLE              Invoice#   1102294
P.O. BOX 3160                               Location#  01
2675 ANGLERS PLACE ROAD                     Date       02/12/02
BROWNSVILLE, TX   78523                     Page       1 OF 1
956-831-4291
```

**            Invoice            **

```
     100205                          Ship To:
     M/V REBELDE                     FOR M/V AGRICULTOR
     PESQUERA BERA S.A.DE C.V.       PUT ON M/V TAURO
     HERIBERTO JARA #1026            AT VALLEY ICE
     COL. MORELOS                    SHRIMP BASIN,
     TAMPICO TAMPS. 89290,
                                                              M
```

```
=================================================================
ust P/O:M/V AGRICULTOR        Reps:ACA /         Terms:NET 30
rd-Date:02/11/02 Written:ACA Order#:6037475  Ship Via:OUR TRUCK
=================================================================
roduct/Description          Open   Ship'd   B/O    Price  U/M  Extension
-----------------------------------------------------------------
NR1500900                    900     900      0     1.07   FT     963.00
-1/2" X 900' WHITE NYLON ROPE
REEL ONLY / NO CUT)
```

| dse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 963.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 963.00 |

# SEA GARDEN SALES CO., INC.

**www.seagarden.com**

SEA GARDEN SALES – BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX   78523
956-831-4291

FOR M/V AGRICULTOR
PUT ON M/V TAURO
AT VALLEY ICE
SHRIMP BASIN,

**       Picking Ticket       **

100205
M/V REBELDE
PESQUERA BERA S.A. DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

Order#     : 6037475-1
Location   : 01
Date       : 02/11/02
Page       : 1 OF 1
Time       : 02:19PM

M

Total Wt:495.00

-d-Date:02/11/02 CustP/O:M/V AGRICULTOR
eq-Date:02/11/02 Contact:CARLOS JESUS BELLO
-p-Date:_____  Written:ACA
t-Terms:PREPAID

Ship-Via:OUR TRUCK
Terms:NET 30
Reps:ACA /

Filled By: RG  Shipped By: RG  Driver:____

| Product/Description | Qty-Opn | U/M | Qty-Pck | Qty-Shp | Qty-B/O | Price/Ext |
|---|---|---|---|---|---|---|
| NR1500900 | | | 900 | | 0 | 1.07 |
| -1/2" X 900' WHITE NYLON ROPE | | | | | | 963.00 |
| REEL ONLY / NO CUT) | | | | | | |

CUSTOMER SIGNATURE:

**EXHIBIT**

**7**

```
SEA GARDEN SALES - BROWNSVILLE              Invoice#   1103865
P.O. BOX 3160                               Location#  01
2675 ANGLERS PLACE ROAD                     Date       03/05/02
BROWNSVILLE, TX  78523                      Page       1 OF 1
956-831-4291
```

```
              **      Invoice      **
```

```
   100205                          Ship To:
   M/V REBELDE                     M/V REBELDE
   PESQUERA BERA S.A.DE C.V.       PESQUERA BERA S.A.DE C.V.
   HERIBERTO JARA #1026            HERIBERTO JARA #1026
   COL. MORELOS                    COL. MORELOS
   TAMPICO TAMPS. 89290,           TAMPICO TAMPS. 89290,
                                                          M
```

```
===============================================================
ust P/O:JOM            Reps:ACA /          Terms:NET 30
rd-Date:03/05/02 Written:BNT Order#:6039017  Ship Via:OUR TRUCK
===============================================================
```

| roduct/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| FN45C<br>5' 1-7/8" #21 READY-MADE<br>LAT NET | 2 | 2 | 0 | 584.38 | EA | 1,168.76 |
| BAG36175C<br>YTEX "N" 1-3/4" #36 120 X 120<br>AG W/ RINGS | 2 | 2 | 0 | 90.24 | EA | 180.48 |
| PECGK10<br>0 FT. 1/4" X 7" MESH KNOTTED<br>OLY CHAFFING GEAR | 2 | 2 | 0 | 50.47 | EA | 100.94 |
| B-GREEN-DIP<br>IPPING CHARGE<br>ETS AND BAGS | 2<br>ALT-B-GREEN-DIP | 2 | 0 | 66.59 | EA | 133.18 |

```
===============================================================
dse Total Delivery Misc Chg    Tax  Freight  Dep-amt Dep-Appld  Invoice Total
```

| dse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,583.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,583.36 |

# SEA GARDEN SALES CO., INC.

**www.seagarden.com**

SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX 78523
956-831-4291

| | |
|---|---|
| Invoice# | 1103865 |
| Location# | 01 |
| Date | 03/05/02 |
| Page | 1 OF 1 |

**            **          Invoice          **

| | |
|---|---|
| 100205 | Ship To: |
| M/V REBELDE | M/V REBELDE |
| PESQUERA BERA S.A.DE C.V. | PESQUERA BERA S.A.DE C.V. |
| HERIBERTO JARA #1026 | HERIBERTO JARA #1026 |
| COL. MORELOS | COL. MORELOS |
| TAMPICO TAMPS. 89290, | TAMPICO TAMPS. 89290, |

M

st P/O:JOM          Reps:ACA /          Terms:NET 30
d-Date:03/05/02 Written:BNT Order#:6039017    Ship Via:OUR TRUCK

| oduct/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| N45C<br>' 1-7/8" #21 READY-MADE<br>AT NET | 2 | 2 | 0 | 584.38 | EA | 1,168.76 |
| AG36175C<br>TEX "N" 1-3/4" #36 120 X<br>G W/ RINGS | | | | 90.24 | EA | 180.48 |
| ECGK10<br>FT. 1/4" X 7...<br>LY CHAFFING G... | | | 0 | 50.47 | EA | 100.94 |
| -GREEN-DIP<br>PPING CHARGE<br>TS AND BAGS | | | 0 | 66.59 | EA | 133.18 |



| se Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,583.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,583.36 |

# SEA GARDEN SALES CO., INC.
**www.seagarden.com**

SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX   78523
956-831-4291

M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

## **        Picking Ticket        **

100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

| | |
|---|---|
| Order# | : 6039017-1 |
| Location | : 01 |
| Date | : 03/05/02 |
| Page | : 1 OF 1 |
| Time | : 01:24PM |

rd-Date:03/05/02 CustP/O:JOM        Total Wt:22.50
eq-Date:03/05/02 Contact:CARLOS JESUS BELLO    Ship-Via:OUR TRUCK
hp-Date:        Written:BNT        Terms:NET 30
rt-Terms:PREPAID            Reps:ACA /
        Filled By:____ Shipped By:____ Driver:____

| roduct/Description | Qty-Opn U/M Qty-Pck Qty-Shp Qty-B/O | Price/Ext |
|---|---|---|
| FN45C | 2 | 584.38 |
| 5' 1-7/8" #21 READY-MADE | | 1168.76 |
| LAT NET | | |
| BAG36175C | 2 | 90.24 |
| YTEX "N" 1-3/4" #36 /20 X 120 | | 180.48 |
| AG W/ RINGS | | |
| PECGK10 | 2 | 50.47 |
| 0 FT. 1/4" X 7' MESH KNOTTED | | 100.94 |
| OLY CHAFFING GE | | |
| 3-GREEN-DIP | 2 EA | 66.59 |
| IPPING CHARGE | | 133.18 |
| ETS AND BAGS | ***BIN:*** | |

CUSTOMER SIGNATURE:



```
SEA GARDEN SALES - BROWNSVILLE          Invoice#   1103939
P.O. BOX 3160                           Location#  01
2675 ANGLERS PLACE ROAD                 Date       03/06/02
BROWNSVILLE, TX   78523                 Page       1 OF 1
956-831-4291
```

                    **      Invoice       **

```
     100205                         Ship To:
     M/V REBELDE                    M/V REBELDE
     PESQUERA BERA S.A.DE C.V.      BOAT AT VALLEY ICE DOCK
     HERIBERTO JARA #1026           DEL. THIS P.M.
     COL. MORELOS                   SHRIMP BASIN
     TAMPICO TAMPS. 89290,          TAMPICO TAMPS. 89290,
                                                            M
```

===============================================================
Cust P/O:MANDO            Reps:ACA /           Terms:NET 30
Ord-Date:03/05/02 Written:JOM Order#:6039011  Ship Via:OUR TRUCK
===============================================================

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| 83-S-5802-05 | 4 | 4 | 0 | 222.75 | EA | 891.00 |
| GAL. PAIL DEVOE ABC #3 | | | | | | |
| BLUE ANTI-FOULING PAINT | | | | | | |
| -12 | 120 | 120 | 0 | 11.18 | EA | 1,341.60 |
| A-12 HI-AMP ZINC WELDON ANODE | | | | | | |
| 3"Wx12"Lx1-1/4"H]  11# | | | | | | |
| NNBAG | 7 | 7 | 0 | 103.33 | EA | 723.31 |
| -3/4" #36 120 MESH X 120 MESH | | | | | | |
| REEN DIPPED NYTEX N BAG | | | | | | |

===============================================================

| dse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 2,955.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,955.91 |

# SEA GARDEN SALES CO., INC.

**www.seagarden.com**

SEA GARDEN SALES – BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX   78523
956-831-4291

M/V REBELDE
BOAT AT VALLEY ICE DOCK
DEL. THIS P.M.
SHRIMP BASIN
TAMPICO TAMPS. 89290,

**        **   Picking Ticket   **

100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

| | |
|---|---|
| Order# | : 6039011-1 |
| Location | : 01 |
| Date | : 03/05/02 |
| Page | : 1 OF 1 |
| Time | : 12:05PM |

M

d-Date:03/05/02 CustP/O:MANDO
q-Date:03/05/02 Contact:CARLOS JESUS BELLO
p-Date:_____  Written:JOM
t-Terms:PREPAID

Total Wt:1,722.00
Ship-Via:OUR TRUCK
Terms:NET 30
Reps:ACA /
Filled By:____  Shipped By: RG  Driver:____

| Product/Description | Qty-Opn U/M | Qty-Pck | Qty-Shp | Qty-B/O | Price/Ext |
|---|---|---|---|---|---|
| 3-S-5802-05 | | | | 0 | 222.75 |
| GAL. PAIL DEVOE ABC #3 | | | | | 891.00 |
| UE ANTI-FOULING PAINT | | | | | |
| 12 | | | 20 | 0 | 11.18 |
| -12 HI-AMP ZINC WELDON ANODE | | | | | 1341.60 |
| "Wx12"Lx1-1/4" | | | | | |
| NBAG | | | | | 103.33 |
| 3/4" #36 120 MESH X 120 MESH | | | | | 723.31 |
| EEN DIPPED NYT NOBAG | | | | | |

2 bxs.

4 --- 5 gal. pail ABC#3 bLue

120 ANODE

======================================================

CUSTOMER SIGNATURE:



```
SEA GARDEN SALES - BROWNSVILLE              Invoice#   1104954
P.O. BOX 3160                               Location#  01
2675 ANGLERS PLACE ROAD                     Date       03/20/02
BROWNSVILLE, TX  78523                      Page       1 OF 1
956-831-4291
```

```
                    **     Invoice     **

     100205                           Ship To:
     M/V REBELDE                      M/V REBELDE I
     PESQUERA BERA S.A.DE C.V.        VALLEY ICE
     HERIBERTO JARA #1026             SHRIMP BASIN,
     COL. MORELOS
     TAMPICO TAMPS. 89290,
                                                          M
```

```
Cust P/O:M/V REBELDE I        Reps:ACA /           Terms:NET 30
Ord-Date:03/19/02 Written:ACA Order#:6040081   Ship Via:OUR TRUCK
```

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| 3/49GAS<br>3/4" 9 GA. GALV. FENCE<br>STAPLES, BARBED (50# CTN) | 2 | 2 | 0 | 0.88 | LB | 1.76 |
| SDP<br>5/16" X 8" STAINLESS STEEL<br>DOOR PIN | 8 | 8 | 0 | 1.50 | EA | 12.00 |
| BFG<br>SODIUM BISULPHITE<br>SHRIMP DIP   (50#/PAIL) | 2 | 2 | 0 | 22.00 | EA | 44.00 |
| EG18<br>18 EVER GRIP GREEN NYLON<br>TWINE 1 LB. TUBE | 24 | 24 | 0 | 5.97 | LB | 143.28 |
| EG36<br>36 EVER GRIP GREEN NYLON<br>TWINE   1 LB. TUBE | 12 | 12 | 0 | 5.63 | LB | 67.56 |
| PCC038<br>3/8" DOMESTIC GALV. PROOF COIL<br>CHAIN  (400'/BARREL) | 50 | 50 | 0 | 1.82 | FT | 91.00 |
| WR1000600<br>1" X 600' WHITE NYLON ROPE | 120 | 120 | 0 | 0.68 | FT | 81.60 |

| Mdse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 441.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 441.20 |

# SEA GARDEN SALES CO., INC.
**www.seagarden.com**

SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX  78523
956-831-4291

M/V REBELDE I
VALLEY ICE
SHRIMP BASIN,

** Picking Ticket **

100205
M/V REBELDE
PESQUERA BERA S.A.DE C.V.
HERIBERTO JARA #1026
COL. MORELOS
TAMPICO TAMPS. 89290,

Order#    : 6040081-1
Location  : 01
Date      : 03/19/02
Page      : 1 OF 1
Time      : 12:54PM

Total Wt:242.68,
Ship-Via:OUR TRUCK

rd-Date:03/19/02 CustP/O:M/V REBELDE I
eq-Date:03/19/02 Contact:CARLOS JESUS BELLO   Terms:NET 30
p-Date:_____  Written:ACA                     Reps:ACA /
t-Terms:PREPAID      Filled By:____ Shipped By:____ Driver:____

| oduct/Description | Qty-Ord Qty-Pck Qty-Shp Qty-B/O | Price/Ext |
|---|---|---|
| 3/49GAS 3/4" 9 GA. GALV. FENCE APLES, BARBED (50# CTN) | | 0  0.88 1.76 |
| GDP /16" X 8" STAINLESS STEEL OR PIN | | 0  1.50 12.00 |
| BFG DIUM BISULPHITE RIMP DIP (50# PAIL) | | 0  22.00 44.00 |
| G18 8 EVER GRIP GREEN NYLON INE 1 LB. TUBE  BIN:** | | 0  5.97 143.28 |
| G36 6 EVER GRIP GREEN NYLON INE 1 LB. TUBE  BIN:*** | | 0  5.63 67.56 |
| CC038 8" DOMESTIC GALV. PROOF COIL AIN (400'/BARREL)  BIN:ACCO | 50 FT  50 (50) | 0  1.82 91.00 |
| R1000600 X 600' WHITE NYLON ROPE | 120 FT  120 (120) | 0.68 81.60 |

4 bxs.
50 ft. chain
120 ft. rope

CUSTOMER SIGNATURE:

**EXHIBIT**

**10**

```
SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX  78523          ** Statement **
```

```
        M/V REBELDE                      ACCT#: 100205
        PESQUERA BERA S.A.DE C.V.        DATE : 01/02/03
        HERIBERTO JARA #1026             PAGE : 1
        COL. MORELOS
        TAMPICO TAMPS. 89290
```

```
        -----------------------------------------------------
          Please attach a complete explanation to your check
          or your payment will be credited to the oldest invoices.
```

| INVOICE# | INVOICE DATE | DUE DATE | PURCHASE ORDER# | BALANCE |
|----------|--------------|----------|-----------------|---------|
| 824613   | 12/10/01     | 01/09/02 | ACA             | 5.28 |
| 824734   | 01/04/02     | 02/03/02 | ACA             | 130.60 |
| 1099801  | 01/07/02     | 02/06/02 | M/V ANA LORENA  | 504.04 |
| 1101421  | 01/31/02     | 03/02/02 | MANDO           | 999.59 |
| 1102294  | 02/12/02     | 03/14/02 | M/V AGRICULTOR  | 963.00 |
| 1103865  | 03/05/02     | 04/04/02 | JOM             | 1,583.36 |
| 1103939  | 03/06/02     | 04/05/02 | MANDO           | 2,955.91 |
| 1104954  | 03/20/02     | 04/19/02 | M/V REBELDE I   | 441.20 |

| FUTURE | CURRENT | 1-30 | 31-60 | OVER 60 | TOTAL DUE |
|--------|---------|------|-------|---------|-----------|
|        |         |      |       | 7,582.98 | 7,582.98 |



```
SEA GARDEN SALES - BROWNSVILLE              Invoice#    1103878
P.O. BOX 3160                               Location#   01
2675 ANGLERS PLACE ROAD                     Date        03/05/02
BROWNSVILLE, TX  78523            -         Page        1 OF 1
956-831-4291
```

```
                    **      Invoice      **

    100248                              Ship To:
    ELVA PATRICIA RAMIREZ JUAREZ        M/V REBELDE
    HERIBERTO JARA 1026                 DOCK: VALLEY ICE,
    COL. MORELOS
    TAMPICO, TAMPS,    89290
```

```
                                                              M
====================================================================
Cust P/O:ACA          Reps:ACA /            Terms:NET 30
Ord-Date:03/05/02 Written:BNT Order#:6039018 Ship Via:OUR TRUCK
--------------------------------------------------------------------
Product/Description        Open   Ship'd    B/O     Price  U/M  Extension
--------------------------------------------------------------------
BFN45C                       4       4        0     584.38  EA   2,337.52
5' 1-7/8" #21 READY-MADE
FLAT NET

B-GREEN-DIP                  4       4        0      53.55  EA     214.20
DIPPING CHARGE       ALT-B-GREEN-DIP
NETS
```

```
====================================================================
dse Total Delivery Misc Chg    Tax  Freight  Dep-amt Dep-Appld  Invoice Total
--------------------------------------------------------------------
 2,551.72     0.00     0.00   0.00     0.00     0.00      0.00    2,551.72
--------------------------------------------------------------------
```

# SEA GARDEN SALES CO., INC.

**www.seagarden.com**

```
SEA GARDEN SALES - BROWNSVILLE              Invoice#   1103878
P.O. BOX 3160                               Location#  01
2675 ANGLERS PLACE ROAD                     Date       03/05/02
BROWNSVILLE, TX  78523                      Page       1 OF 1
956-831-4291
```

**                 Invoice                 **

```
100248                              Ship To:
ELVA PATRICIA RAMIREZ JUAREZ        M/V REBELDE
HERIBERTO JARA 1026                 DOCK: VALLEY ICE,
COL. MORELOS
TAMPICO, TAMPS,    89500
```

M

| Cust P/O:ACA | | Reps:ACA / | Terms:NET 30 |
| Ord-Date:03/05/02 | Written:BNT | Order#:6039018 | Ship Via:OUR TRUCK |

| Product/Description | Oper Shipd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|
| BFN45C | | | 584.38 | EA | 2,337.52 |
| 45' 1-7/8" #2: READY-MADE | | | | | |
| FLAT. NET | | | | | |
| *R-GREEN-DIP | | | 53.55 | EA | 214.20 |
| DIPPING CHARGE | | | | | |
| NETS | | | | | |

| Mdse Total | Delivery | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 2,551.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,551.72 |



```
SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX  78523            ** Statement **
```

```
        ELVA PATRICIA RAMIREZ JUAREZ          ACCT#: 100248
        HERIBERTO JARA 1026                   DATE : 01/02/03
        COL. MORELOS                          PAGE : 1
        TAMPICO, TAMPS  89290
```

```
        ----------------------------------------------------
            Please attach a complete explanation to your check
          or your payment will be credited to the oldest invoices.
```

| IVOICE# | INVOICE DATE | DUE DATE | PURCHASE ORDER# | BALANCE |
|---------|--------------|----------|-----------------|---------|
| 03878 | 03/05/02 | 04/04/02 | ACA | 2,551.72 |

| FUTURE | CURRENT | 1-30 | 31-60 | OVER 60 | TOTAL DUE |
|--------|---------|------|-------|---------|-----------|
| | | | | 2,551.72 | 2,551.72 |



```
SEA GARDEN SALES - BROWNSVILLE          Invoice#    1094046
P.O. BOX 3160                           Location#   01
2675 ANGLERS PLACE ROAD                 Date        10/10/01
BROWNSVILLE, TX  78523              -    Page        1 OF 1
956-831-4291
```

## **                Invoice           **

```
     100178                         Ship To:
     CARLOS JESUS BELLO ARELLANO    M/V TWINS II
     HERIBERTO JARA #1028-A         VALLEY ICE
     COLONIA MORELOS                SHRIMP BASIN,
     TAMPICO, TAMPS,    89290
```

M

```
Cust P/O:00              Reps:ACA /        Terms:NET 30
Ord-Date:10/09/01 Written:ACA Order#:6029730  Ship Via:OUR TRUCK
```

| Product/Description | Open | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| ITC631200 | 2 | 2 | 0 | 769.44 | RL | 1,538.88 |
| 5/8" x 1200' 6x26 KOREAN GALV. ALT-5/8X1200ITC | | | | | | |
| TRAWL CABLE | | | | | | |
| BEG18 | 12 | 12 | 0 | 5.96 | LB | 71.52 |
| #18 EVER GRIP GREEN NYLON | | | | | | |
| TWINE 1 LB. TUBE | | | | | | |
| BEG36 | 12 | 12 | 0 | 5.63 | LB | 67.56 |
| #36 EVER GRIP GREEN NYLON | | | | | | |
| TWINE   1 LB. TUBE | | | | | | |
| HDWRT063 | 6 | 6 | 0 | 0.77 | EA | 4.62 |
| 5/8" GALV. HEAVY DUTY THIMBLE  ALT-5/8GTI | | | | | | |
| IMPORTED | | | | | | |
| PT-25 | 1 | 1 | 0 | 99.00 | EA | 99.00 |
| 25 GAL. PROPANE TANK (CYL.) | | | | | | |
| .00# PROPANE CAP. | | | | | | |

| dse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,781.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,781.58 |

# SEA GARDEN SALES CO., INC.

SEA GARDEN SALES - BROWNSVILLE   www.seagarden.com
P.O. BOX 3169
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX  78523
956-831-4291

M/V TWINS II
VALLEY ICE
SHRIMP BASIN,

**      Picking Ticket      **

100178
CARLOS JESUS BELLO ARELLANO
HERIBERTO JARA #1028-A
COLONIA MORELOS
TAMPICO, TAMPS,    89290
143060

| | |
|---|---|
| Order# | : 6029730-1 |
| Location | : 01 |
| Date | : 10/09/01 |
| Page | : 1 OF 1 |
| Time | : 01:22PM |

Total Wt:1,468.50
rd-Date:10/09/01  CustP/O:00       Ship-Via:OUR TRUCK
eq-Date:10/09/01  Contact:CARLOS JESUS BELLO   Terms:NET 30
hp-Date:_____  Written:ACA        Reps:ACA /
rt-Terms:PREPAID          Filled By:RG Shipped By:RG Driver:XXX

| Product/Description | Qty-Opn | U/M | Qty-Pck | Qty-Shp | Qty-B/O | Price/Ext |
|---|---|---|---|---|---|---|
| TC631200 | | | 2 | 2 | 0 | 769.44 |
| /8" x 1200' 6x26 KOREAN GALV. | | | | | | 1538.88 |
| RAWL CABLE | | | | | | |
| EG18 | | 12 LB | 12 | 12 | 0 | 5.96 |
| 18 EVER GRIP GREEN NYLON | | | | | BIN:### | 71.52 |
| WINE 1 LB. TUBE | | | | | | |
| EG36 | | | 12 | 12 | | 5.63 |
| 36 EVER GRIP GREEN NYLON | | | | | BIN:### | 67.56 |
| WINE  1 LB. TU | | | | | | |
| DWRT063 | | | | | | 0.77 |
| /8" GALV. HEAVY DUTY THIMBLE | | | | | | 4.62 |
| IMPORTED | | | | | | |
| T-25 | | | | | 0 | 99.00 |
| 5 GAL. PROPANE TANK (CYL.) | | | | | | 99.00 |
| 00# PROPANE CAP | | | | | | |

1 propane tank
2 Reels
2 bxs
1 bag

CUSTOMER SIGNATURE:

**EXHIBIT**

**14**

SEA GARDEN SALES - BROWNSVILLE
P.O. BOX 3160
2675 ANGLERS PLACE ROAD
BROWNSVILLE, TX  78523          ** Statement **


        CARLOS JESUS BELLO ARELLANO          ACCT#: 100178
        HERIBERTO JARA #1028-A               DATE : 01/02/03
        COLONIA MORELOS                      PAGE : 1
        TAMPICO, TAMPS   89290


        --------------------------------------------------------
          Please attach a complete explanation to your check
        or your payment will be credited to the oldest invoices.
-----------------------------------------------------------------------

| INVOICE# | INVOICE DATE | DUE DATE | PURCHASE ORDER# | BALANCE |
|----------|--------------|----------|-----------------|---------|
| 1094046  | 10/10/01     | 11/09/01 | 00              | 1,612.06 |


| FUTURE | CURRENT | 1-30 | 31-60 | OVER 60 | TOTAL DUE |
|--------|---------|------|-------|---------|-----------|
|        |         |      |       | 1,612.06 | 1,612.06 |