IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
|     Defendants. | § | |

## FIRST AMENDED MOTION OF THE PLAINTIFF FOR THE ISSUANCE OF A RULE B WRIT OF FOREIGN ATTACHMENT

TO THE JUDGE OF THIS COURT:

**COMES NOW** Plaintiff Sea Garden Sales Co. and requests the Court to instruct the Clerk to issue a Rule B Writ of Foreign Attachment pursuant to the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and would show as follows:

1. Plaintiff has alleged within its complaint an *in personam* action against Defendants Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez for unpaid equipment and services provided to Defendants;

2. Attached to this Motion is an affidavit of James Hunter, Jr., an attorney for the Plaintiff. He attests to the fact that he cannot locate within this District an agent for

50621:1054014.1:041003

service of process upon *in personam* Defendants, but that one of the following assets, the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro, is present within the District.

3. The supplying of necessaries to vessels are admiralty matters that are within the jurisdiction of this Court;

4. Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure provides for the attachment of a defendant's assets in the event there is no service of process agent within the District;

5. Plaintiff provided necessaries to Defendants and Defendants have failed to pay. Thus, Plaintiff requests that any of Defendants' vessels, including the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, and M/V Tauro be attached so that it can effect service and jurisdiction for its *in personam* action against Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez.

**WHEREFORE**, Plaintiff request this Court to instruct the Clerk to issue the attached Writs and to the United States Marshal to serve the Writ by seizing and attaching any of Defendants' vessels, including the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, and M/V Tauro.

Respectfully submitted,

By: /s/ *signature* 

James H. Hunter, Jr.
Fed. Id.:      15703
TX Bar No.: 00784311
Juan Noe Garza, Jr.
Fed. Id.:      33421
TX Bar No.: 24036624
**ATTORNEYS IN CHARGE FOR PLAINTIFF,
SEA GARDENS SALES CO., INC.**

Of COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS**
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone:  (956) 542-4377
Telecopier:  (956) 542-4370

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
|     Defendants. | § | |

### AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

James Hunter, Jr., being first duly sworn, deposes and says as follows:

1. I am attorney for Plaintiff, Sea Garden Sales Co., Inc., and makes this affidavit under Rule B(1) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. To the best of my knowledge, information, and belief, the *in personam* Defendants, Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez, cannot be found within this District for the purpose of service with the summons and complaint as

50621:1054013.1:041003

provided by Fed. R. Civ. P. 4(e)(1) or (2), (g), (h)(1), or (j)(1) or (2). *See* Local Rule 4(b)(1).

3. I have a made a diligent search to confirm that the *in personam* Defendants cannot be served by reviewing local directories within this District, and by contacting the Secretary of State for the State of Texas in inquiry for registered agent, and by telephone calls to local businesses with similar names.

4. Furthermore, the information contained within this affidavit supports the attachment of any of Defendants' vessels, including the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, and M/V Tauro. The attachment is pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Further affiant sayeth naught.

_____
James Hunter, Jr., Affiant

SUBSCRIBED AND SWORN TO before me this 11th day of April, 2003.

_____
Notary Public for the State of Texas

Sylvia Salas
[Print or type name of Notary]
My commission expires: 1/24/05

SYLVIA SALAS
MY COMMISSION EXPIRES
January 24, 2005