IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 1 1 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
|     Defendants. | § | |

**FIRST AMENDED AFFIDAVIT IN SUPPORT OF MOTION FOR SUBSTITUTE CUSTODIAN**

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

James Hunter, Jr., being duly sworn, deposes and says:

1. I am an attorney and member of the firm of Royston, Rayzor, Vickery & Williams, L.L.P., attorneys for Plaintiff herein, and submit this affidavit in support of entry of an order appointing Marine Service as substitute custodian for any of the Defendants' vessels including the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, and M/V Tauro.

2. This is an action <u>in personam</u> for enforcement of a maritime lien.

3. A warrant for arrest of the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro was issued on April _____, 2003, but has not yet been executed.

4. The M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro is presently at the Port of Brownsville, Cameron County, Texas. There appears to be no necessity for an appointment of a keeper by the U. S. Marshal or for the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro to remain in the custody of the U. S. Marshal while under maritime arrest, because Marine Service can act as a substitute custodian thereby eliminating costs to move the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro to another berth.

5. Marine Service is fully competent to ensure the security of the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro.

6. Marine Service has advised your deponent that it has agreed to accept responsibility for the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro while under maritime arrest and to act as substitute custodian herein for reasonable consideration.

7. Insurance is available to respond in damages for loss of or injury to the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro during said custody or for damage sustained by third parties.

8. Further, Marine Service agrees to accept substitute custodianship for the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro in accordance with the Order Appointing Substitute Custodian.

9. WHEREFORE, your Deponent respectfully requests that Marine Service be appointed substitute custodian of the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro after its arrest by the U.S. Marshal, that the substitute custodian be authorized to store and secure the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro, that Substitute Custodian Marine Service be bound to indemnify, hold harmless and defend the U. S. Marshal, the United States and the United States District Court for the Southern District of Texas from any liability arising, during or incidental to service by the substitute custodian, and that a $5,000.00 deposit for U. S. Marshal's fees be deemed sufficient for the U. S. Marshal to effect the arrest of the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro.

_____
James Hunter, Jr.

SWORN TO and SUBSCRIBED BEFORE ME this 11th day of April, 2003.

_____
Notary Public in and for the
State of Texas



My Commission Expires:

1/24/05