IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
|     Defendants. | § | |

## FIRST AMENDED ORDER DIRECTING MANNER OF NOTICE

In accordance with the requirements of Rule B of Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, which requires the publication of certain notices, it is hereby

**ORDERED** that if the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro has not been released within ten (10) days after seizure, a Public Notice of Arrest be published substantially in the form filed herewith with the Brownsville Herald, a newspaper of general circulation within this District. It is further

**ORDERED** that all persons claiming any interest in or to the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro file its respective claims and answers with the Clerk of this Court and to serve on or mail to Plaintiff's attorneys, James H. Hunter, Jr. / Juan Noe Garza, Jr. of Royston, Rayzor, Vickery

50621:1054034.1:041003

& Williams, L.L.P., P.O. Box 3509, 55 Cove Circle, Brownsville, Texas 78523-3509, a copy thereof on or before the __20th__ day ~~of~~ __after arrest &__ , 2003, or be forever defaulted.
__seizure__

**DONE AND ENTERED** at Brownsville, Texas this __25__ day of **April, 2003.**

_____
**PRESIDING JUDGE**

50621:1054034.1:041003

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
|     Defendants. | § | |

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

**TO THE MARSHAL OF THE SOUTHERN DISTRICT OF TEXAS
OR TO HIS LAWFUL DEPUTY:**

**GREETINGS:**

You are hereby commanded to seize, and take into your possession and hold, subject to the orders of this Court, the following property, to-wit:

M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro, together with all masts, boilers, cables, engines, machinery, riggings, boats, anchors, chains, tackle, apparel, furniture, fittings, tools, pumps, equipment and supplies, and any and all other appurtenances, accessories, additions, improvements, and replacements no or hereafter belonging thereto, whether or not removed therefrom, now in the possession of M/V Rebelde I, and/or those acting on behalf same, and located within the territorial waters of the United States.

And when you have executed this warrant that you make due and prompt return.

50621:1054037.1:041003

If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession or his agent.

WITNESS, THE HONORABLE __Andrew S. Hanen__, JUDGE OF THIS COURT, at Brownsville, Texas this __30th__ day of **April, 2003**.

**MICHAEL N. MILBY**

BY: _____
DISTRICT CLERK

**ISSUED FOR:**

Plaintiffs, through their attorneys of record, James H. Hunter, Jr. / Juan Noe Garza, Jr., Royston, Rayzor, Vickery & Williams, L.L.P., 55 Cove Circle, P.O. Box 3509, Brownsville, Texas 78523-3509.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION. *Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez, in personam*, Case No. B- 03-65 , (An Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure).

**NOTICE OF ARREST AND SEIZURE:**

Notice is hereby given that on the _____ day of April, 2003, the M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro was arrested while afloat within the territorial waters of the United States, pursuant to a Warrant of Maritime Arrest issued by the Clerk of this court upon the filing of a Verified Complaint in the above action. All persons having any claims against the said M/V Rebelde, M/V Rebelde I, M/V Rebelde II, M/V Ana Lorena, M/V Agricultor, or M/V Tauro must file said claims and their respective answers under oath with the Clerk of this Court at the United States District Courthouse in Brownsville, Texas on or before _____, 2003, with a copy of the same to be mailed to James H. Hunter, Jr. / Juan Noe Garza, Jr., Royston, Rayzor, Vickery & Williams, L.L.P., 55 Cove Circle, P.O. Box 3509, Brownsville, Texas 78523-3509.

**U.S. MARSHAL**

By:_____ (Its representative).

Publish Date: _____, 2003.

50621:1054035.1:041003