IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
|     Defendants. | § | |

### FIRST AMENDED ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

IT IS HEREBY ORDERED that the United States Marshal for the Southern District of Texas shall surrender the possession of the Defendants' vessel to the substitute custodian named herein upon executing the warrant in this action and that upon such surrender the Marshal shall be discharged from his duties and responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising whatever out of said substituted possession and safekeeping.

IT IS FURTHER ORDERED that Marine Service be, and is hereby, appointed the custodian of said vessel to retain the same in his custody for possession and safekeeping at a rate of $30.00 per day, as stated in the motion, until further Order of the Court.

IT IS FURTHER ORDERED that all Marshal's costs be paid prior to release of said vessel; and all further custodial costs will be born by Plaintiff.

50621:1055371.1:042303

IT IS FURTHER ORDERED that the substitute custodian must receipt for the vessel and the Marshal must attest to the date and time of release on a certified copy thereof.

IT IS FURTHER ORDERED that Plaintiff's attorney will serve by certified mail, return receipt requested, a copy of said Order to Defendants, Pesquera Bera S.A. de C.V., Carlos Jesus Bello Arellano, Juan Jose Ramirez Juarez, and Elva Patricia Ramirez Juarez; Heriberto Jara #1026, Col. Morelos, Tampico Tamps. 89290.

SIGNED THIS 25TH DAY OF APRIL, 2003.

_____
Presiding Judge

Presented by:

_____
James H. Hunter, Jr.
Fed. Id.:     15703
TX Bar No.:  00784311
Juan Noe Garza, Jr.
Fed. Id.:     33421
TX Bar No.:  24036624
**ATTORNEYS IN CHARGE FOR PLAINTIFF, SEA GARDENS SALES CO., INC.**