IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
|     Defendants. | § | |

### NOTICE OF SETTLEMENT

TO THE JUDGE OF THIS COURT:

**COMES NOW** Plaintiff Sea Garden Sales Co. and gives notice of settlement.

**I.**

The parties have signed and exchanged the settlement closing papers and the initial settlement payment has been made. A Motion to Dismiss with Prejudice has been filed with this Notice or will be filed by the end of this week.

Respectfully submitted,

By: /s/ _____
James H. Hunter, Jr.
Fed. Id.:      15703
TX Bar No.: 00784311
Juan Noe Garza, Jr.
Fed. Id.:      33421
TX Bar No.: 24036624
**ATTORNEYS IN CHARGE FOR PLAINTIFF,
SEA GARDENS SALES CO., INC.**

Of COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS**
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of **May, 2003,** a true and correct copy of the foregoing document was served via **Regular Mail** to the following counsel of record as follows:

Mr. Javier Vela
C & V Export Warehouse
5024 East 14th Street
Brownsville, Texas 78521

/s/ _____
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

50621:1056722.1:050503