IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |
| Defendants. | § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE JUDGE OF THIS COURT:

**COMES NOW** Plaintiff Sea Garden Sales Co. and files this Motion to Dismiss with Prejudice and entry of final judgment pursuant to Rule 41 of the Federal Rules of Civil Procedure, and would respectfully show unto the Court as follows:

I.

All matters in controversy between Plaintiff and Defendants have been compromised and settled.

II.

Plaintiff and Defendants have agreed that this action against Defendants will be dismissed with prejudice.

50621:1056723.1:050503

**III.**

WHEREFORE, PREMISES CONSIDERED, Plaintiff Sea Garden Sales Co. respectfully prays that this Court grant their Motion to Dismiss with Prejudice, with each party to bear their own costs.

Respectfully submitted,

By: _____
James H. Hunter, Jr.
Fed. Id.:      15703
TX Bar No.:  00784311
Juan Noe Garza, Jr.
Fed. Id.:      33421
TX Bar No.:  24036624
ATTORNEYS IN CHARGE FOR PLAINTIFF,
SEA GARDENS SALES CO., INC.

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone:  (956) 542-4377
Telecopier: (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of **May, 2003,** a true and correct copy of the foregoing document was served via **Regular Mail** to the following counsel of record as follows:

Mr. Javier Vela
C & V Export Warehouse
5024 East 14th Street
Brownsville, Texas 78521

_____
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

50621:1056723.1:050503

-3-