# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

---

**PLAINTIFF:** SEA GARDEN SALES, INC.

**COURT CASE NUMBER:** B-03-065

**DEFENDANT:** PESQUERA BERA, S.A. de C.V. M/V REBELDE, in rem, et al.

**TYPE OF PROCESS:** ORDER TO SEIZE

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
M/V REBELDE, by serving it's Captain

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):
docks of Valley Ice & Fuel, Inc., Port of Brownsville Shrimp Basin

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
James H. Hunter, JR.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove CR.
Brownsville, TX 78521
956.495.5100

Number of process to be served with this Form
Number of parties to be served in this case
Check for service on U.S.A.

United States District Court
Southern District of Texas
FILED
MAY 21 2003
Michael N. Milby
Clerk of Court

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

M/V REBELDE is a shrimp boat currently docked at Valley Ice & Fuel, Inc.'s docks, located at the Shrimp Basin, Port of Brownsville. Service may be made on M/V REBELDE'S Captain, or other person in charge of the vessel.

**Signature of Attorney or other Originator requesting service on behalf of:** ☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER:** 956.542.4377
**DATE:** 3/25/03

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

**Name and title of individual served** *(if not shown above):*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

**Address** *(complete only if different than shown above)*

**Date of Service:** 5-1-03
**Time:** 1:45 pm
**Signature of U.S. Marshal or Deputy**

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 8.64 | — | 53.64 | | | |

**REMARKS:** Vessel was seized by DUSM Joe Mendoza on 5-1-03 @ 1:45 pm. 24 hr wt.

---

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)