United States District Court
Southern District of Texas
FILED

AUG 0 8 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-03-065     DATE & TIME 8/8/03 @ 9:34 am - 9:46

COUNSEL:

SEA GARDEN SALES CO. INC.     §    JAMES HUNTER

VS                            §

PESQUERA BERA SA DE CV, ET AL §

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:

Case called on the docket.

Mr. James Hunter appears for Plaintiff and announces to the Court that the case has settled. Invoices, attorney's fees and expenses have been satisfied in full. Vessel has been released.

Court is adjourned.