IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Sea Garden Sales Co., Inc. | § | |
| | § | |
| | § | |
| vs. | § | Civil Action No. B-03-065 |
| | § | Admiralty |
| Pesquera Bera S.A. de C.V., Carlos | § | |
| Jesus Bello Arellano, Juan Jose Ramirez | § | |
| Juarez, and Elva Patricia Ramirez | § | |
| Juarez, *in personam* | § | |

### ORDER OF DISMISSAL & RETURN OF DEPOSIT

On this day came on to be heard Plaintiff's Motion to Dismiss With Prejudice of the above-entitled and numbered cause, seeking dismissal of it's claims and causes of action with prejudice. The Court is of the opinion and finds that all matters in dispute as alleged in the pleadings on file between the parties have been fully and finally compromised and settled.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered case be dismissed with prejudice to the rights of Plaintiff to re-file same or any part thereof. All costs of court are taxed against the party incurring same.

It is further ORDERED, that the U.S. Marshal's Service shall deduct its expenses and then release the balance of the $5,000 deposit paid by Plaintiff to arrest and seize Defendants' vessel.

The Clerk shall send a copy of this Order to counsel for Plaintiff and counsel for Plaintiff shall send a copy of this Order to the Defendants or their local agent and representative, C & V Export Warehouse.

DONE at Brownsville, Texas this 8th day of August, 2003.

_____
**UNITED STATES DISTRICT JUDGE**

**ENTRY REQUESTED:**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
Fed. Id.:     15703
TX Bar No.: 00784311
Juan Noe Garza, Jr.
Fed. Id.:     33421
TX Bar No.: 24036624
55 Cove Circle
P. O. Box 3509
Brownsville, TX  78523-3509
Tel:   956.542.4377
Fax:   956.542.4370
**ATTORNEYS IN CHARGE FOR PLAINTIFF, SEA GARDENS SALES CO., INC.**